AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| LARRY PRATT, William Robinson, Stephen J. Aldstadt, David Bardascini, Michael P. Carpinelli, George Curbelo, Jr., Wayne Denn, William R. Fox, Sr., Don Hey, Garry Edward Hoffman, (con't.) <br><br> *Plaintiff(s)* <br><br> v. <br><br> LORETTA LYNCH, Attorney General of the United States of America, James B. Comey, Director of the Federal Bureau of Investigation, Christopher M. Piehota, Director of the Terrorist Screening Center, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LORETTA LYNCH, Attorney General of the United States of America
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

James B. Comey, Director
Federal Bureau of Investigation (con't.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paloma A. Capanna, Attorney
633 Lake Road
Webster, New York 14580
(585) 377-7260

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                         *Server's signature*

                                                _____
                                                         *Printed name and title*


                                                _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

**Attachment to Summons:** *Pratt vs. Lynch*

The complete list of Plaintiffs:

LARRY PRATT,
William Robinson,
Stephen J. Aldstadt,
David Bardascini,
Michael P. Carpinelli,
George Curbelo, Jr.,
Wayne Denn,
William R. Fox, Sr.,
Don Hey,
Garry Edward Hoffman,
Raymond Kosorek,
Michael R. Kubow,
Thomas J. Lorey,
Thomas A. Marotta,
Michael Mastrogiovanni,
Kenneth E. Mathison,
Terrence J. McCulley,
Jim Nowotny,
John E. Prendergast,
Harold W. Schroeder,
Edward J. Stokes,
John W. Wallace,
Leslie H. Wilson,
Christopher S. Zaleski,
Mattie D. Zarpentine,
*and all those other individuals who are similarly situated.*


The complete list of Defendants (four – 4, in total):

LORETTA LYNCH, Attorney General of the United States of America;

JAMES B. COMEY, Director, Federal Bureau of Investigation;

CHRISTOPHER M. PIEHOTA, Director, Terrorist Screening Center; and,

THOMAS E. BRANDON, Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives.

Complete list of Defendants' names and addresses:

**Loretta Lynch, Attorney General**
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**James B. Comey, Director**
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535-0001

**Christopher M. Piehota, Director**
Terrorist Screening Center
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535-0001

**Thomas E. Brandon, Acting Director**
Bureau of Alcohol, Tobacco, Firearms
  and Explosives
99 New York Avenue, N.E.
Washington, D.C. 20226