# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK
# ROCHESTER DIVISION

| | |
|---|---|
| LARRY PRATT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 6:15-cv-6765-FPG |
| ) | The Honorable Frank P. Geraci, Jr. |
| LORETTA LYNCH, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nathan Swinton, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as counsel of record for official-capacity Defendants Loretta Lynch, Attorney General of the United States; James B. Comey, Director of the Federal Bureau of Investigation; Christopher M. Piehota, Director of the Terrorist Screening Center; and Thomas E. Brandon, Deputy Director, Head of the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

Dated:  February 26, 2016    Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Attorney General

JOHN R. TYLER
Assistant Branch Director,
Federal Programs Branch

       _/s/ Nathan Swinton_
NATHAN SWINTON (NY Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Telephone: (202) 305-7667
Fax: (202) 616-8470
Nathan.M.Swinton@usdoj.gov

Attorneys for Defendants