## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK
## ROCHESTER DIVISION

|  |  |
|---|---|
| LARRY PRATT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 6:15-cv-6765-FPG |
| ) | The Honorable Frank P. Geraci, Jr. |
| LORETTA LYNCH, Attorney General of ) | |
| the United States, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE, that Defendants, Loretta Lynch, the Attorney General of the United States; James B. Comey, Director of the Federal Bureau of Investigation; Christopher M. Piehota, Director of the Terrorist Screening Center; and Thomas E. Brandon, Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, in their official capacities, by their attorney Nathan M. Swinton, of the United States Department of Justice, Civil Division, move this Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) dismissing Plaintiffs' First Amended Complaint, and for such other relief as the Court may deem just and proper. The basis for this motion is set forth in the concurrently filed Memorandum of Law.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 7(a)(1), the United States intends to file and serve reply papers.

| | |
|---|---|
| Dated: March 25, 2016 | Respectfully submitted, |

                                            BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

s/Nathan Swinton
NATHAN SWINTON (NY Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Telephone: (202) 305-7667
Fax: (202) 616-8470
Nathan.M.Swinton@usdoj.gov

Attorneys for Defendant