# Paloma A. Capanna
## Attorney & Policy Analyst

633 Lake Road  
Webster, New York 14580

RECEIVED  
FRANK P. GERACI, JR.

(585) 377-7260  
fax (585) 377-7268

March 30, 2016

MAR 30 2016

Hon. Frank P. Geraci, Jr.  
United States District Court  
Western District of New York  
100 State Street  
Rochester, New York 14614

via facsimile to (585) 613-4095  
& via first class mail

Re:  *Pratt vs. Lynch*  
Civil Action No. 6:15-cv-6765-FPG

To the Hon. Frank P. Geraci, Jr.:

I acknowledge receipt of Mr. Swinton's Motion to Dismiss (dated March 25, 2016), and write to update the Court of my conversation today with him.

First, as a small note. The Motion to Dismiss was filed and is detailed as a "Motion to Dismiss." The indication on the first page of the Notice of Motion that uses "summary judgment" in its language is a typographical error.

According to Local Rule 7(b)(2)(B), my answer would be due April 8, 2016. Mr. Swinton graciously agreed to my request for a one-week extension of that date to April 15, 2016. My request is to allow proper communication with the coplaintiffs and to allow for the possibility of a cross-motion. Will you please approve this extension?

Thank you for your considerations.

Respectfully,

*Paloma A. Capanna*  
Paloma A. Capanna

c.: Nathan M. Swinton, Attorney (*via e-mail & first class mail*)

SO ORDERED:

_____  3/30/11  
Hon. Frank P. Geraci, Jr.          Date