*Paloma A. Capanna*
*Attorney & Policy Analyst*

633 Lake Road
Webster, New York 14580

RECEIVED
FRANK P. GERACI, JR.

APR 2 0 2016

(585) 377-7260
fax (585) 377-7268

April 17, 2016

Hon. Frank P. Geraci, Jr.
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

United States District Court
Western District of New York

*via facsimile to (585) 613-4095*
*& via first class mail*

Re:   *Pratt vs. Lynch*
      Civil Action No. 6:15-cv-6765-FPG

To the Hon. Frank P. Geraci, Jr.:

With the consent of Mr. Swinton on behalf of the Defendants, I respectfully request the approval of the Court for the withdrawal of Plaintiffs Larry Pratt and Gun Owners of America from this proceeding.

On the submission of this date of the Cross-Motion of the Plaintiffs, I did not include Mr. Pratt or Gun Owners of America when uploading into CM/ECF. The case will now become captioned with Mr. Bill Robinson as the lead Plaintiff.

Respectfully,

Paloma A. Capanna

c.:   Nathan M. Swinton, Attorney (*via e-mail & first class mail*)
      Mr. Larry Pratt

SO ORDERED:

_____    4/21/16
Hon. Frank P. Geraci, Jr            Date