Form **4473**
(December 1968)

Department of the Treasury—Internal Revenue Service
Alcohol and Tobacco Tax Division

TRANSFEROR TRANS-
ACTION NUMBER

# FIREARMS TRANSACTION RECORD

**NOTE: Please read and carefully follow the instructions on the back before making any entry on the form.**

## SECTION A—DESCRIPTION OF FIREARM

| 1. TYPE (Pistol, rifle, etc.) | 2. MODEL | 3. CALIBER OR GAUGE | 4. SERIAL NUMBER |
|---|---|---|---|
| | | | |

5. MANUFACTURER (And importer, if any)

## SECTION B—STATEMENT OF TRANSFEREE

| 6. TRANSFEREE'S NAME | 7. HEIGHT | 8. WEIGHT | 9. RACE |
|---|---|---|---|
| | | | |

| 10. ADDRESS (Number, street, city, State, ZIP Code) | 11. DATE OF BIRTH | 12. PLACE OF BIRTH |
|---|---|---|
| | | |

**13.** Transferee is to execute this item for an over-the-counter transaction if he resides in the State in which the transferor's business is located.

I certify that I am not prohibited by the provisions of Chapter 44 of Title 18, United States Code, or Title VII of the Omnibus Crime Control and Safe Streets Act of 1968 (Public Law 90–351, as amended, 18 U.S.C., Appendix) from receiving a firearm in interstate or foreign commerce.

TRANSFEREE'S SIGNATURE ▶

DATE

**14.** Transferee is to execute this item if (a) he does not reside in the State in which the transferor's business is located, or (b) the transaction is not over-the-counter.

Subject to penalties provided by law, I swear that, in the case of any firearm other than a shotgun or a rifle, I am 21 years or more of age, or that, in the case of a shotgun or a rifle, I am 18 years or more of age; that I am not prohibited by the provisions of Chapter 44 of Title 18, United States Code, from receiving a firearm in interstate or foreign commerce, and that my receipt of this firearm will not be in violation of any statute of the State and published ordinance applicable to the locality in which I reside. Further, the true title, name, and address of the principal law enforcement officer of the locality to which the firearm will be delivered are:

------------------------------------------------
(Title)                              (Name)

------------------------------------------------
(Address)

TRANSFEREE'S SIGNATURE ▶

DATE

## SECTION C—VERIFICATION OF IDENTITY

15. I certify that the person described in Section B has signed Item 14 in my presence, and ☐ is known by me, or ☐ has identified himself to me in the following manner:

15a. TYPE OF IDENTIFICATION (Driver's license, etc.)

15b. NUMBER ON IDENTIFICATION

16. VERIFYING OFFICIAL'S SIGNATURE ▶

16a. DATE

| 16b. VERIFYING OFFICIAL'S TITLE | 16c. LOCATION OF OFFICE (City and State) |
|---|---|
| | |

## SECTION D—STATEMENT OF TRANSFEROR

On the basis of (1) the statements in Section B, (2) the verification of identity in Section C, and (3) the information in the current list of Published Ordinances, it is my belief that the person named in Section B is lawfully entitled to purchase or otherwise receive the firearm described in Section A.

17. TRANSFEROR'S SIGNATURE ▶

17b. TRANSACTION DATE

17a. TRANSFEROR'S TITLE

**NOTICE TO TRANSFEREES:** The following persons are prohibited from receiving a firearm in interstate or foreign commerce under 18 U.S.C., Chapter 44 and Title VII of Public Law 90–351, as amended, (18 U.S.C., Appendix): (1) fugitives from justice (any crime); (2) persons under indictment for, or who have been convicted of, a crime punishable for a term exceeding 1 year; (3) narcotic addicts or drug users; (4) persons adjudicated as mental defectives or mentally incompetent, or who have been committed to any mental institution; (5) veterans discharged under dishonorable conditions; (6) persons who have renounced U.S. Citizenship; (7) aliens illegally or unlawfully in the U.S.; and (8) persons under 21 years of age in the case of any firearm other than a shotgun or a rifle and under 18 years of age in the case of a shotgun or a rifle.

## DEFINITIONS

1. Transferor—the person selling or otherwise disposing of the firearm.

2. Transferee—the person purchasing or otherwise acquiring the firearm.

3. Over-the-counter transaction—the actual and direct transfer of a firearm from the transferor to the transferee which occurs on the business premises of the transferor at the time and as the result of the sale or other disposition made of the firearm by the transferor to the transferee.

4. Published Ordinances—the publication issued annually by the Director, Alcohol and Tobacco Tax Division, which contains the published local ordinances determined by him to be relevant to the enforcement of Chapter 44 of Title 18, U.S.C. which were published in the Federal Register.

## INSTRUCTIONS

1. All signatures required by this form must be entered in ink. All other entries in the form must be entered in ink or be typewritten.

2. Entries in the form will be made in the following manner:

(a) The transferor of a firearm will, in every instance, complete Section A and Section D of the form. When the transaction is intrastate over-the-counter, the transferor will complete Items 15, 15a, and 15b. However, the transferor will not sign Section D of the form until he is satisfied that the transferee may legally receive and take possession of the firearm to be transferred.

(b) The transferee of a firearm will, in every instance, complete Section B of the form and sign, as appropriate, either Item 13 or Item 14. Item 14 must be signed in the presence of the official who will execute Section C of the form.

(c) Form 4473 will be prepared in duplicate and the transferee will have a notary public or a Federal, State, or local law enforcement officer complete and sign Section C of the form when:

    (1) the transfer of a firearm is to be made intrastate through the mail, or

    (2) in the case of a rifle or shotgun, the transfer is to be made over-the-counter or through the mail when the transferee's State of residence is contiguous to the State in which the transferor's place of business is located.

(d) The transferor, prior to the shipment or delivery of the firearm, under conditions in (c) above, must forward by registered or certified mail (return receipt requested) the copy of Form 4473 to the chief law enforcement officer of the transferee's locality of residence. The transferor must delay shipment or delivery of the firearm for a period of at least 7 days following receipt of the notification of the acceptance or nonacceptance of Form 4473. The transferor will retain as a part of the records required to be kept by Chapter 44 of Title 18, U.S.C., the original Form 4473, with evidence of the receipt or rejection of the notification forwarded to the chief law enforcement officer of the transferee's locality of residence.

(e) When the transfer of a firearm is to be made to a corporation, company, association, partnership, or other business entity, an officer authorized to act on behalf of the business will complete and sign Section B of the form, and attach a written statement, executed under the penalties of perjury, stating

    (1) that the firearm is being acquired for the use of and will be the property of that business, and

    (2) the name and address of that business.

3. The transferor of the firearm is responsible for determining the lawfulness of the transfer and for keeping proper records to record the transaction. Consequently, the transferor should be familiar with the provisions of the Gun Control Act of 1968 (U.S.C., Title 18, Chapter 44) and Title VII, Unlawful Possession of Receipt of Firearms, (82 Stat. 197), and Part 178, Commerce in Firearms and Certain Ammunition, Title 26, Code of Federal Regulations.

4. Upon completion of the firearm transaction, the transferor must make a part of his permanent firearms records the original Form 4473 recording that transaction and any supporting documents.

U. S. GOVERNMENT PRINTING OFFICE : 1968 O - 323-665

Form 4473 Part I
Rev. June 1969

Department of the Treasury
Internal Revenue Service
Alcohol, Tobacco and
Firearms Division

# Firearms Transaction Record

### Intra-State Over-the-Counter

Transferor transaction
number

## Notice:

Under 18 U.S.C. Chapter 44 and Title VII of Public Law 90-351, 18 U.S.C. Appendix 1201-1203, as amended, firearms may not be sold to or received by certain persons. The following information and certification are designed so that a person licensed under Chapter 44 may determine if he may lawfully sell or otherwise dispose of a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms.

## Section A—Statement of Transferee or Buyer

| 1. Transferee's (buyer's) name (last, first, middle) (Mr., Mrs., Miss) | 2. Height | 3. Weight | 4. Race |
|---|---|---|---|

| 5. Address (number, street, city, state, Zip code) | 6. Date of birth | 7. Place of birth |
|---|---|---|

I certify that: (1) I am neither under indictment for, nor have I been convicted of, a crime punishable by imprisonment for a term exceeding one year; (2) I am not a fugitive from justice; (3) I am not an unlawful user of, or addicted to marihuana or a depressant, stimulant or narcotic drug; (4) I have not been adjudicated mentally defective and I have never been committed to a mental institution; (5) I have not been discharged from the Armed Forces under dishonorable conditions; (6) I am not an alien illegally in the United States; and (7) I am not a person who, having been a citizen of the United States, has renounced his citizenship.

| Transferee's (buyer's) signature | Date |
|---|---|

## Section B—Statement of Transferor or Seller

The person described in Section A, is known to me ☐, or has identified himself to me ☐ in the following manner:

| 8. Type of identification (driver's license, etc.) | 9. Number on identification |
|---|---|

On the basis of: (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, or otherwise dispose of the firearm described below to the person identified in Section A.

| 10. Type (pistol, rifle, etc.) | 11. Model | 12. Caliber or gauge | 13. Serial number |
|---|---|---|---|

| 14. Manufacturer (and importer, if any) |
|---|

| 15. Transferor's (seller's) signature | 16. Transferor's title | 17. Transaction date |
|---|---|---|

## Definitions

1. Intra-State Over-the-Counter Transaction—The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), who is a resident of the State in which the transferor's business is located, occurring on the transferor's business premises.

2. Published Ordinances—The publication issued annually by the Director, Alcohol, Tobacco and Firearms Division, which contains the published local ordinances determined by him to be relevant to the enforcement of Chapter 44 of Title 18, U.S.C., which were published in the Federal Register.

## Instructions

1. Only one Form 4473, Part 1, is required for each intra-State over-the-counter transaction.

2. All signatures required on this form must be in ink. All other entries on the form must be in ink or be type-written.

3. The transferor (seller) of a firearm will, in every instance, obtain the information required to complete Section A of the form and have the transferee (buyer) sign the certification in that Section.

4. When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business may sign the certification in Section A of the form and attach a written statement, executed under the penalty of perjury, stating

    (a) that the firearm is being acquired for the use of and will be the property of that business entity, and

    (b) the name and address of that business entity.

5. The transferor (seller) of a firearm will, in every instance, complete Section B of the form.

6. If more than one firearm is involved, the identification required by Section B, Items 10 through 14, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than one weapon may be on a separate sheet of paper, which must be attached to the form covering the transaction.

7. The transferor (seller) of the firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of the Gun Control Act of 1968 (U.S.C., Title 18, Chapter 44) and Title VII, Unlawful Possession or Receipt of Firearms, (82 Stat. 197), and Part 178, Commerce in Firearms and Certain Ammunition, Title 26, Code of Federal Regulations.

8. Upon completion of the firearm transaction, the transferor (seller) must make a part of his permanent firearms records the form recording that transaction and any supporting documents. Forms 4473, Part 1, and any supporting documents must be filed either chronologically by date of transaction, alphabetically by name of transferee (buyer), or numerically by transaction number if the transferor assigns transaction numbers to the forms.

**Form 4473 Part I**
(Rev. June 1970)

Department of the Treasury
Internal Revenue Service
Alcohol, Tobacco and
   Firearms Division



# Firearms Transaction Record

**intra-State Over-the-Counter**

NOTE: Please read and carefully follow the instructions on the back

Transferor transaction number

## Section A—Statement of Transferee or Buyer

| 1. Transferee's (buyer's) name (last, first, middle) (Mr., Mrs., Miss) | 2. Height | 3. Weight | 4. Race |
|---|---|---|---|
| | | | |

| 5. Address (number, street, city, State, ZIP code) | 6. Date of birth | 7. Place of birth |
|---|---|---|
| | | |

8. **Certification of Transferee (Buyer)**—an untruthful answer may subject you to criminal prosecution. Each question must be answered with a yes or no.
   a. Are you under indictment in any court for a crime punishable by imprisonment for a term exceeding one year?
   b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (Note: The actual sentence given by the judge does not matter—a yes answer is necessary if the judge **could have** given a sentence of more than one year.)

   c. Are you a fugitive from justice? _____
   d. Are you an unlawful user of, or addicted to, marihuana or a depressant, stimulant, or narcotic drug? _____
   e. Have you been adjudicated mentally defective or have you ever been committed to a mental institution? _____
   f. Have you been discharged from the Armed Forces under dishonorable conditions? _____
   g. Are you an alien illegally in the United States? _____
   h. Are you a person who, having been a citizen of the United States, has renounced his citizenship? _____

I hereby certify that the answers to the above are true and correct. I understand that a person who answers any of the above questions in the affirmative is prohibited by Federal law from purchasing and/or possessing a firearm. I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

| Transferee's (buyer's) signature | Date |
|---|---|
| | |

## Section B—Statement of Transferor or Seller

The person described in Section A, is known to me □, or has identified himself to me □ in the following manner:

| 9. Type of identification (driver's license, etc.) | 10. Number on identification |
|---|---|
| | |

On the basis of: (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, or otherwise dispose of the firearm described below to the person identified in Section A.

| 11. Type (pistol, rifle, etc.) | 12. Model | 13. Caliber or gauge | 14. Serial number |
|---|---|---|---|
| | | | |

| 15. Manufacturer (and importer, if any) |
|---|
| |

| 16. Transferor's (seller's) signature | 17. Transferor's title | 18. Transaction date |
|---|---|---|
| | | |

Department of the Treasury—Internal Revenue Service

**Notice:**

Under 18 U.S.C. Chapter 44 and Title VII of Public Law 90-351, 18 U.S.C. Appendix 1201-1203, as amended, firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under Chapter 44 may determine if he may lawfully sell or otherwise dispose of a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms.

## Definitions

1. Intra-State Over-the-Counter Transaction—The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), who is a resident of the State in which the transferor's business is located, occurring on the transferor's business premises.

2. Published Ordinances—The publication issued annually by the Director, Alcohol, Tobacco and Firearms Division, which contains the published local ordinances determined by him to be relevant to the enforcement of Chapter 44 of Title 18, U.S.C., which were published in the Federal Register.

## Instructions

1. Only one Form 4473, Part 1, is required for each intra-State over-the-counter transaction.

2. All signatures required on this form must be in ink. All other entries on the form must be in ink or be type-written.

3. The transferor (seller) of a firearm will, in every instance, obtain the information required to complete Section A of the form and have the transferee (buyer) sign the certification in that Section.

4. When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business may sign the certification in Section A of the form and attach a written statement, executed under the penalty of perjury, stating

    (a) that the firearm is being acquired for the use of and will be the property of that business entity, and

    (b) the name and address of that business entity.

5. The transferor (seller) of a firearm will, in every instance, complete Section B of the form.

6. If more than one firearm is involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than one weapon may be on a separate sheet of paper, which must be attached to the form covering the transaction.

7. The transferor (seller) of the firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of the Gun Control Act of 1968 (U.S.C., Title 18, Chapter 44) and Title VII, Unlawful Possession or Receipt of Firearms, (82 Stat. 197), and Part 178, Commerce in Firearms and Certain Ammunition, Title 26, Code of Federal Regulations.

8. Upon completion of the firearm transaction, the transferor (seller) must make a part of his permanent firearms records the form recording that transaction and any supporting documents. Forms 4473, Part 1, and any supporting documents must be filed either chronologically by date of transaction, alphabetically by name of transferee (buyer), or numerically by transaction number if the transferor assigns transaction numbers to the forms.

GPO 870-146

DEPAR OF THE TREASURY
BUREAU OF ALC L, TOBACCO AND FIREARMS

# FIREARMS TRANSACTION RECORD

### PART I — INTRA-STATE OVER-THE-COUNTER

| | TRANSFEROR'S TRANS-ACTION NO. |

*NOTE: Please read and carefully follow instructions on reverse. Prepare an original only.*

## SECTION A — TO BE COMPLETED BY TRANSFEREE OR BUYER

1. TRANSFEREE'S *(Buyer's)* NAME *(Last, First, Middle)* *(Mr., Mrs., Miss.)*   2. HEIGHT   3. WEIGHT   4. RACE

5. RESIDENCE ADDRESS *(No., Street, City, State, Zip Code)*   6. DATE OF BIRTH   7. PLACE OF BIRTH

8. CERTIFICATION OF TRANSFEREE *(Buyer)* — An untruthful answer may subject you to criminal prosecution. Each question must be answered with a "yes or a "no" inserted in the box at the right of the question:

a. Are you under indictment or information in any court for a crime punishable by imprisonment for a term exceeding one year?

b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (Note: The actual sentence given by the judge does not matter—a yes answer is necessary if the judge could have given a sentence of more than one year.)

c. Are you a fugitive from justice?

d. Are you an unlawful user of, or addicted to, marihuana, or a depressant, stimulant, or narcotic drug?

e. Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution?

f. Have you been discharged from the Armed Forces under dishonorable conditions?

g. Are you an alien illegally in the United States?

h. Are you a person who, having been a citizen of the United States, has renounced his citizenship?

I hereby certify that the answers to the above are true and correct. I understand that a person who answers any of the above questions in the affirmative is prohibited by Federal law from purchasing and/or possessing a firearm. I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

TRANSFEREE'S *(Buyer's)* SIGNATURE   DATE

## SECTION B — TO BE COMPLETED BY TRANSFEROR OR SELLER

THE PERSON DESCRIBED IN SECTION A:   ☐ IS KNOWN TO ME
☐ HAS IDENTIFIED HIMSELF TO ME IN THE FOLLOWING MANNER

9. TYPE OF IDENTIFICATION *(Driver's License, etc.)*   10. NUMBER ON IDENTIFICATION

On the basis of: (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver or otherwise dispose of the firearm described below to the person identified in Section A.

11. TYPE *(Pistol, rifle, etc.)*   12. MODEL   13. CALIBER OR GAUGE   14. SERIAL NO.

15. MANUFACTURER *(and importer, if any)*

RECEIVED

SEP 18 1973

FORMS

16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR *(Seller)* *(Hand stamp may be used)*   17. FEDERAL FIREARMS LICENSE NO.

18. TRANSFEROR'S *(Seller's)* SIGNATURE   19. TRANSFEROR'S TITLE   20. TRANSAC-TION DATE

ATF FORM **4473** - PT I (9-73)       EDITION OF 6/70 MAY BE USED

**NOTICE:**

Under 18 U.S.C. Chapter 44 and Title VII of Public Law 90-351, 18 U.S.C. Apendix 1201-1203, as amended, firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under Chapter 44 may determine if he may lawfully sell or otherwise dispose of a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms.

**DEFINITIONS**

1.    *Intra-State Over-the-Counter Transaction* – The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), who is a resident of the State in which the transferor's business is located, occurring on the transferor's business premises.

2.    *Published Ordinances*– The publication containing those State laws and local ordinances relevant to the enforcement of Chapter 44 of Title 18, U.S.C., which is annually published in the Federal Register and distributed to each Federal firearms licensee by the Director, Bureau of Alcohol, Tobacco and Firearms.

**INSTRUCTIONS**

1.    Only one ATF Form 4473, Part I, is required for each intra-State over-the-counter transaction.

2.    All signatures required on this form must be in ink. All other entries on the form must be in ink or be type-written.

3.    The transferee (buyer) of a firearm will, in every instance, complete Section A of the form and certify (sign) that the answers are true and correct.

4.    When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will sign the certification in Section A of the form and attach a written statement, executed under the penalty of perjury, stating

    (a)    that the firearm is being acquired for the use of and will be the property of that business entity, and

    (b)    the name and address of that business entity.

5.    The transferor (seller) of a firearm will, in every instance, complete Section B of the form.

6.    If more than one firearm is involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than one weapon may be on a separate sheet of paper, which must be attached to the form covering the transaction.

7.    The transferor (seller) of the firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of the Gun Control Act of 1968 (U.S.C., Title 18, Chapter 44) and Title VII, Unlawful Possession or Receipt of Firearms, (82 Stat. 197), and Part 178, Commerce in Firearms and Certain Ammunition, Title 26, Code of Federal Regulations.

8.    Upon completion of the firearm transaction, the transferor (seller) must make a part of his permanent firearms records the form recording that transaction and any supporting documents. Forms 4473, Part I, and any supporting documents must be filed either chronologically by date of transaction, alphabetically by name of transferee (buyer), or numerically by transaction number if the transferor assigns transaction numbers to the forms.

ATF FORM **4473** PART I (9-73)

DEPAR    NT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

# FIREARMS TRANSACTION RECORD

### PART I – INTRA-STATE OVER-THE-COUNTER

TRANSFEROR'S TRANS-
ACTION NO.

*NOTE: Please read and carefully follow instructions on reverse. Prepare an original only.*

## SECTION A – TO BE COMPLETED BY TRANSFEREE OR BUYER

| 1. TRANSFEREE'S *(Buyer's)* NAME *(Last, First, Middle)* *(Mr., Mrs., Miss.)* | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|
| | | | |

| 5. RESIDENCE ADDRESS *(No., Street, City, State, Zip Code)* | 6. DATE OF BIRTH | 7. PLACE OF BIRTH |
|---|---|---|
| | | |

8. CERTIFICATION OF TRANSFEREE *(Buyer)* — An untruthful answer may subject you to criminal prosecution. Each question must be answered with a "yes"or a "no" inserted in the box at the right of the question:

| | | | |
|---|---|---|---|
| a. Are you under indictment or information in any court for a crime punishable by imprisonment for a term exceeding one year? | | d. Are you an unlawful user of, or addicted to, marihuana, or a depressant, stimulant, or narcotic drug? | |
| b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (Note:  The actual sentence given by the judge does not matter—a yes answer is necessary if the judge could have given a sentence of more than one year.) | | e. Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution? | |
| | | f. Have you been discharged from the Armed Forces under dishonorable conditions? | |
| | | g. Are you an alien illegally in the United States? | |
| c. Are you a fugitive from justice? | | h. Are you a person who, having been a citizen of the United States, has renounced his citizenship? | |

I hereby certify that the answers to the above are true and correct.  I understand that a person who answers any of the above questions in the affirmative is prohibited by Federal law from purchasing and/or possessing a firearm.  I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

| TRANSFEREE'S *(Buyer's)* SIGNATURE | DATE |
|---|---|
| | |

## SECTION B – TO BE COMPLETED BY TRANSFEROR OR SELLER

THE PERSON DESCRIBED IN SECTION A: ☐ IS KNOWN TO ME
☐ HAS IDENTIFIED HIMSELF TO ME IN THE FOLLOWING MANNER

| 9. TYPE OF IDENTIFICATION *(Driver's License, etc.)* | 10. NUMBER ON IDENTIFICATION |
|---|---|
| | |

On the basis of: (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver or otherwise dispose of the firearm described below to the person identified in Section A.

| 11. TYPE *(Pistol, rifle, etc.)* | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. |
|---|---|---|---|
| | | | |

| 15. MANUFACTURER *(and importer, if any)* |
|---|
| |

| 16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR *(Seller)* *(Hand stamp may be used)* | 17. FEDERAL FIREARMS LICENSE NO. |
|---|---|
| | |

| 18. TRANSFEROR'S *(Seller's)* SIGNATURE | 19. TRANSFEROR'S TITLE | 20. TRANSAC-TION DATE |
|---|---|---|
| | | |

**ATF** FORM **4473** - PT I (6-74)          EDITION OF 9/73 WILL BE USED

## INSTRUCTIONS

1. Only ONE ATF Form 4473, Part I, is required for each intra-State over-the-counter transaction. The form is retained by the seller and filed as indicated in Instruction 8.

2. All signatures required on this form must be in ink. All other entries on the form must be in ink or be typewritten.

3. The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and certify (sign) that the answers are true and correct. If, because of inability of the buyer to read or write, the answers are written by another person, this person and another person will sign as witnesses to the buyer's answers and/or signature.

4. When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will sign the certification in Section A of the form and attach a written statement, executed under the penalty of perjury, stating

    (a) that the firearm is being acquired for the use of and will be the property of that business entity, and
    (b) the name and address of that business entity.

5. The transferor (seller) of a firearm will, in every instance, complete Section B of the form.

6. If more than one firearm is involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than one weapon may be on a separate sheet of paper, which must be attached to the form covering the transaction.

7. The transferor (seller) of the firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of the Gun Control Act of 1968 (U.S.C., Title 18, Chapter 44) and Title VII, Unlawful Possession or Receipt of Firearms, (82 Stat. 197), and Part 178, Commerce in Firearms and Certain Ammunition, Title 26, Code of Federal Regulations.

8. Upon completion of the firearm transaction, the transferor (seller) must make a part of his permanent firearms records the form recording that transaction and any supporting documents. Forms 4473, Part I, and any supporting documents must be filed either chronologically by date of transaction, alphabetically by name of transferee (buyer), or numerically by transaction number if the transferor assigns transaction numbers to the forms.

## NOTICE:

Under 18 U.S.C. Chapter 44 and Title VII of Public Law 90-351, 18 U.S.C. Appendix 1201-1203, as amended, firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under Chapter 44 may determine if he may lawfully sell or otherwise dispose of a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms.

THIS FORM SHOULD NOT BE USED FOR SALES OR TRANSFERS WHERE NEITHER PERSON IS LICENSED UNDER CHAPTER 44 OF TITLE 18 U.S.C.

## DEFINITIONS

1. *Intra-State Over-the-Counter Transaction* — The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), who is a resident of the State in which the transferor's business is located, occurring on the transferor's business premises.

2. *Published Ordinances*— The publication containing those State laws and local ordinances relevant to the enforcement of Chapter 44 of Title 18, U.S.C., which is annually published in the Federal Register and distributed to each Federal firearms licensee by the Director, Bureau of Alcohol, Tobacco and Firearms.

| DEPARTMENT OF THE TREASURY<br>BUREAU OF ALCOHOL, TOBACCO AND FIREARMS<br><br>**FIREARMS TRANSACTION RECORD**<br><br>PART I — INTRA-STATE OVER-THE-COUNTER | TRANSFEROR'S TRANS-<br>ACTION NO. |
|---|---|

*NOTE: Please read and carefully follow instructions on reverse. Prepare an original only. Please type or print in ink.*

### SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER) (See Instruction 3)

| 1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle) (Mr., Mrs., Miss.) | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|
| | | | |

| 5. RESIDENCE ADDRESS (No., Street, City, State, Zip Code) | 6. DATE OF BIRTH | 7. PLACE OF BIRTH |
|---|---|---|
| | | |

8. CERTIFICATION OF TRANSFEREE (Buyer) — An untruthful answer may subject you to criminal prosecution. Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question.

| | |
|---|---|
| a. Are you under indictment or information in any court for a crime punishable by imprisonment for a term exceeding one year? | d. Are you an unlawful user of, or addicted to, marihuana, or a depressant, stimulant, or narcotic drug? |
| b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (Note: The actual sentence given by the judge does not matter—a yes answer is necessary if the judge could have given a sentence of more than one year.) | e. Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution? |
| | f. Have you been discharged from the Armed Forces under dishonorable conditions? |
| | g. Are you an alien illegally in the United States? |
| c. Are you a fugitive from justice? | h. Are you a person who, having been a citizen of the United States, has renounced his citizenship? |

I hereby certify that the answers to the above are true and correct. I understand that a person who answers any of the above questions in the affirmative is prohibited by Federal law from purchasing and/or possessing a firearm. I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

| TRANSFEREE'S (Buyer's) SIGNATURE | DATE |
|---|---|
| | |

### SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER)

THE PERSON DESCRIBED IN SECTION A:   ☐ IS KNOWN TO ME
☐ HAS IDENTIFIED HIMSELF TO ME IN THE FOLLOWING MANNER

| 9. TYPE OF IDENTIFICATION (Driver's License, etc. Positive identification is required. A Social Security card is not considered positive identification.) | 10. NUMBER ON IDENTIFICATION |
|---|---|
| | |

On the basis of: (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver or otherwise dispose of the firearm described below to the person identified in Section A.

| 11. TYPE (Pistol, rifle, etc.) | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. |
|---|---|---|---|
| | | | |

| 15. MANUFACTURER (and importer, if any) |
|---|
| |

| 16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used) | 17. FEDERAL FIREARMS LICENSE NO. |
|---|---|
| | |

| 18. TRANSFEROR'S (Seller's) SIGNATURE | 19. TRANSFEROR'S TITLE | 20. TRANSACTION DATE |
|---|---|---|
| | | |

## INSTRUCTIONS

1. Only ONE ATF Form 4473, Part I, is required for each intra-State over-the-counter transaction. The form is retained by the seller and filed as indicated in Instruction 8.

2. All signatures required on this form must be in ink. All other entries on the form must be typewritten or be printed in ink.

3. The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and certify (sign) that the answers are true and correct. If, because of inability of the buyer to read or write, the answers are written by another person, this person and another person will sign as witnesses to the buyer's answers and/or signature. Should the buyer's name be illegible, the dealer shall print the buyer's name above the name printed by the buyer.

4. When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will sign the certification in Section A of the form and attach a written statement, executed under the penalty of perjury, stating

(a) that the firearm is being acquired for the use of and will be the property of that business entity, and
(b) the name and address of that business entity.

5. The transferor (seller) of a firearm will, in every instance, complete Section B of the form.

6. If more than one firearm is involved, the identification required by Section B, Items 11 through 15, must be

provided for each firearm. The identification of the firearms transferred in a transaction which covers more than one weapon may be on a separate sheet of paper, which must be attached to the form covering the transaction.

7. The transferor (seller) of the firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of the Gun Control Act of 1968 (U.S.C., Title 18, Chapter 44) and Title VII, Unlawful Possession or Receipt of Firearms, (82 Stat. 197), and 27 CFR Part 178, (Commerce in Firearms and Ammunition).

8. Upon completion of the firearm transaction, the transferor (seller) must make a part of his permanent firearms records the form recording that transaction and any supporting documents. Forms 4473, Part I, and any supporting documents must be filed either chronologically by date of transaction, alphabetically by name of transferee (buyer), or numerically by transaction number if the transferor assigns transaction numbers to the forms

9. In addition to completing this record, the licensee shall report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4, in accordance with 27 CFR 178.126a.

10. Additional forms are available from:

Bureau of Alcohol, Tobacco and Firearms
ATF Distribution Center
3800 S. Four Mile Run Drive
Arlington, Virginia 22206

## NOTICE:

Under 18 U.S.C. Chapter 44 and Title VII of Public Law 90-351, 18 U.S.C. Appendix 1201-1203, as amended, firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under Chapter 44 may determine if he may lawfully sell or otherwise dispose of a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms.

THIS FORM SHOULD NOT BE USED FOR SALES OR TRANSFERS WHERE NEITHER PERSON IS LICENSED UNDER CHAPTER 44 OF TITLE 18 U.S.C.

## DEFINITIONS

1. Intra-State Over-the-Counter Transaction – The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), who is a resident of the state in which the transferor's business is located, occurring on the transferor's business premises.

2. Published Ordinances – The publication containing those State laws and local ordinances relevant to the enforcement of Chapter 44 of Title 18, U.S.C., which is annually published in the Federal Register and distributed to each Federal firearms licensee by the Director, Bureau of Alcohol, Tobacco and Firearms.

| DEPARTMENT OF THE TREASURY<br>BUREAU OF ALCOHOL, TOBACCO AND FIREARMS<br><br>**FIREARMS TRANSACTION RECORD**<br><br>PART I – INTRA-STATE OVER-THE-COUNTER | TRANSFEROR'S TRANS-<br>ACTION NO. |
|---|---|

NOTE: *Please read and carefully follow instructions on reverse. Prepare an original only. Please type or print in ink.*

**SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER) (See Instruction 3)**

| 1. TRANSFEREE'S *(Buyer's)* NAME *(Last, First, Middle) (Mr., Mrs., Miss.)* | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|
| | | | |

| 5. RESIDENCE ADDRESS *(No., Street, City, State, Zip Code)* | 6. DATE OF BIRTH | 7. PLACE OF BIRTH |
|---|---|---|
| | | |

8. CERTIFICATION OF TRANSFEREE *(Buyer)* — An untruthful answer may subject you to criminal prosecution. Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question:

| a. Are you under indictment or information in any court for a crime punishable by imprisonment for a term exceeding one year? | | d. Are you an unlawful user of, or addicted to, marihuana, or a depressant, stimulant, or narcotic drug? | |
|---|---|---|---|
| b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (Note: The actual sentence given by the judge does not matter—a yes answer is necessary if the judge could have given a sentence of more than one year. Also, a "yes" answer is required if a conviction has been discharged, set aside, or dismissed pursuant to an expungement or rehabilitation statute.) | | e. Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution? | |
| | | f. Have you been discharged from the Armed Forces under dishonorable conditions? | |
| | | g. Are you an alien illegally in the United States? | |
| c. Are you a fugitive from justice? | | h. Are you a person who, having been a citizen of the United States, has renounced his citizenship? | |

I hereby certify that the answers to the above are true and correct. I understand that a person who answers any of the above questions in the affirmative is prohibited by Federal law from purchasing and/or possessing a firearm. I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

| TRANSFEREE'S *(Buyer's)* SIGNATURE | DATE |
|---|---|
| | |

**SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER)**

| THE PERSON DESCRIBED IN SECTION A: | ☐ IS KNOWN TO ME<br>☐ HAS IDENTIFIED HIMSELF TO ME IN THE FOLLOWING MANNER |
|---|---|

| 9. TYPE OF IDENTIFICATION *(Driver's License, etc. Positive identification is required. A Social Security card is not considered positive identification.)* | 10. NUMBER ON IDENTIFICATION |
|---|---|
| | |

On the basis of: (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver or otherwise dispose of the firearm described below to the person identified in Section A.

| 11. TYPE *(Pistol, rifle, etc.)* | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. |
|---|---|---|---|
| | | | |

| 15. MANUFACTURER *(and importer, if any)* |
|---|
| |

| 16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR *(Seller) (Hand stamp may be used)* | 17. FEDERAL FIREARMS LICENSE NO. |
|---|---|
| | |

| 18. TRANSFEROR'S *(Seller's)* SIGNATURE | 19. TRANSFEROR'S TITLE | 20. TRANSACTION DATE |
|---|---|---|
| | | |

ATF  FORM 4473 - PT 1 (3-76)  EDITION OF 10-75 MAY BE USED

## INSTRUCTIONS

1. Only ONE ATF Form 4473, Part I, is required for each intra-State over-the-counter transaction. The form is retained by the seller and filed as indicated in Instruction 8.

2. All signatures required on this form must be in ink. All other entries on the form must be typewritten or be printed in ink.

3. The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and certify (sign) that the answers are true and correct. If, because of inability of the buyer to read or write, the answers are written by another person, this person and another person will sign as witnesses to the buyer's answers and/or signature. Should the buyer's name be illegible, the dealer shall print the buyer's name above the name printed by the buyer.

4. When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will sign the certification in Section A of the form and attach a written statement, executed under the penalty of perjury, stating

    (a) that the firearm is being acquired for the use of and
        will be the property of that business entity, and
    (b) the name and address of that business entity.

5. The transferor (seller) of a firearm will, in every instance, complete Section B of the form.

6. If more than one firearm is involved, the identification required by Section B, Items 11 through 15, must be

provided for each firearm. The identification of the firearms transferred in a transaction which covers more than one weapon may be on a separate sheet of paper, which must be attached to the form covering the transaction.

7. The transferor (seller) of the firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of the Gun Control Act of 1968 (U.S.C., Title 18, Chapter 44) and Title VII, Unlawful Possession or Receipt of Firearms, (82 Stat. 197), and 27 CFR Part 178, (Commerce in Firearms and Ammunition).

8. Upon completion of the firearm transaction, the transferor (seller) must make a part of his permanent firearms records the form recording that transaction and any supporting documents. Forms 4473, Part I, and any supporting documents must be filed either chronologically by date of transaction, alphabetically by name of transferee (buyer), or numerically by transaction number if the transferor assigns transaction numbers to the forms.

9. In addition to completing this record, the licensee shall report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4, in accordance with 27 CFR 178.126a.

10. Additional forms are available from:

    Bureau of Alcohol, Tobacco and Firearms
    ATF Distribution Center
    3800 S. Four Mile Run Drive
    Arlington, Virginia 22206

---

### NOTICE:

Under 18 U.S.C. Chapter 44 and Title VII of Public Law 90-351, 18 U.S.C. Appendix 1201-1203, as amended, firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under Chapter 44 may determine if he may lawfully sell or otherwise dispose of a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms.

THIS FORM SHOULD NOT BE USED FOR SALES OR TRANSFERS WHERE NEITHER PERSON IS LICENSED UNDER CHAPTER 44 OF TITLE 18 U.S.C.

### DEFINITIONS

1. *Intra-State Over-the-Counter Transaction* — The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), who is a resident of the state in which the transferor's business is located, occurring on the transferor's business premises.

2. *Published Ordinances* — The publication containing those State laws and local ordinances relevant to the enforcement of Chapter 44 of Title 18, U.S.C., which is annually published in the Federal Register and distributed to each Federal firearms licensee by the Director, Bureau of Alcohol, Tobacco and Firearms.

DEPARTMENT OF THE TREASUR   BUREAU OF ALCOHOL, TOBACCO AND FI   ARMS | TRANSFEROR'S TRANSACTION NO.
FIREARMS TRANSACTION RECORD
PART I — INTRA-STATE OVER-THE-COUNTER

NOTE:   Prepare in original only.  All entries other than signatures must be typed or clearly printed in ink.  All signatures on this form must be in ink.

## SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER) *(See Notice and Instructions on reverse.)*

| 1.  TRANSFEREE'S *(Buyer's)* NAME *(Last, First, Middle)* *(Mr., Mrs., Miss)* | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|

| 5.  RESIDENCE ADDRESS *(No., Street, City, State, Zip code)* | 6. DATE OF BIRTH | 7. PLACE OF BIRTH |
|---|---|---|

8.  CERTIFICATION OF TRANSFEREE *(Buyer)* — An untruthful answer may subject you to criminal prosecution.  Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question:

| | |
|---|---|
| a.  Are you under indictment or information in any court for a crime punishable by imprisonment for a term exceeding one year? | d.  Are you an unlawful user of, or addicted to, marijuana, or a depressant, stimulant, or narcotic drug? |
| | e.  Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution? |
| b.  Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (Note: The actual sentence given by the judge does not matter—a yes answer is necessary if the judge could have given a sentence of more than one year. Also, a "yes" answer is required if a conviction has been discharged, set aside, or dismissed pursuant to an expungement of rehabilitation statute.) | f.  Have you been discharged from the Armed Forces under dishonorable conditions? |
| | g.  Are you an alien illegally in the United States? |
| c.  Are you a fugitive from justice? | h.  Are you a person who, having been a citizen of the United States, has renounced his citizenship? |

I hereby certify that the answers to the above are true and correct.  I understand that a person who answers any of the above questions in the affirmative is prohibited by Federal law from purchasing and/or possessing a firearm.  I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

| TRANSFEREE'S *(Buyer's)* SIGNATURE | DATE |
|---|---|

## SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER) *(See Notice and Instructions on reverse.)*

THE PERSON DESCRIBED IN SECTION A:   ☐ IS KNOWN TO ME
☐ HAS IDENTIFIED HIMSELF TO ME IN THE FOLLOWING MANNER

| 9.  TYPE OF IDENTIFICATION *(Driver's License, etc.  Positive identification is required.  A Social Security card is not considered positive identification.)* | 10. NUMBER ON IDENTIFICATION |
|---|---|

On the basis of:  (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver or otherwise dispose of the firearm described below to the person identified in Section A.

| 11.  TYPE *(Pistol, Rifle, etc.)* | 12.  MODEL | 13.  CALIBER OR GAUGE | 14.  SERIAL NO. |
|---|---|---|---|

| 15.  MANUFACTURER *(and importer, if any)* |
|---|

| 16.  TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR *(Seller)* *(Hand stamp may be used.)* | 17.  FEDERAL FIREARMS LICENSE NO. |
|---|---|

| 18.  TRANSFEROR'S *(Seller's)* SIGNATURE | 19.  TRANSFEROR'S TITLE | 20.  TRANSACTION DATE |
|---|---|---|

ATF F 4473 (5300.9) PART I  (2-77) EDITION OF 3-76 MAY BE USED

## IMPORTANT NOTICES TO TRANSFEROR (SELLER) AND TRANSFEREE (BUYER)

1.    Under 18 U.S.C. Chapter 44 and Title VII of Public Law 90-351, 18 U.S.C. Appendix 1201-1203, as amended, firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under Chapter 44 may determine if he may lawfully sell, deliver or transport a firearm to the person identified in Section A, and to alert the transferee (buyer) or certain restrictions on the receipt and possession of firearms. This form should not be used for sales of transfers where neither person is licensed under 18 U.S.C. Chapter 44.

2.    The transferee (buyer) of a firearm should be familiar with the provisions of law. Generally, 18 U.S.C. Chapter 44 prohibits the shipment, transportation or receipt in interstate

commerce of a firearm by one who is under indictment or information for, or who has been convicted of a crime punishable by imprisonment for a term exceeding one year, by one who is a fugitive from justice, by one who is an unlawful user of, or addicted to marijuana or a depressant, stimulant or narcotic drug, or by one who has been adjudicated mentally defective or who has been committed to a mental institution. In addition, Title VII (18 U.S.C. Appendix 1201-1203) makes it unlawful for anyone who has been convicted of a crime punishable by imprisonment for a term exceeding one year, who has been discharged from the Armed Forces under dishonorable conditions, who has been adjudicated mentally incompetent, who, having been a citizen of the United States, has renounced his citizenship, or who is an alien illegally in the United States, to possess a firearm.

## INSTRUCTIONS TO TRANSFEREE (BUYER)

1.    The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and certify (sign) that the answers are true and correct. If, because of inability of the buyer to read or write, the answers are written by another person, this person and another person will sign as witnesses to the buyer's answers and/or signature.

2.    When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such

business entity, an officer authorized to act on behalf of the business will complete and sign Section A of the form and attach a written statement, executed under the penalty of perjury, stating

     (a)    that the firearm is being acquired for the use of and will be the property of that business entity, and

     (b)    the name and address of that business entity.

## INSTRUCTIONS TO TRANSFEROR (SELLER)

1.    Should the buyer's name be illegible the seller shall print the buyer's name above the name printed by the buyer.

2.    The transferor (seller) or a firearm will, in every instance, complete Section B of the form.

3.    If more than one firearm is involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than one weapon may be on a separate sheet of paper which must be attached to the form covering the transaction.

4.    The transferor (seller) of the firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of the Gun Control Act of 1968 (18 U.S.C. Chapter 44) and Title VII, Unlawful Possession or Receipt of Firearms, (82 Stat. 197), and 27 CFR Part 178 (Commerce in Firearms and Ammunition).

5.    Upon completion of the firearm transaction, the transferor (seller) must make a part of his permanent firearms records the Form 4473 (5300.9) Part I recording that transaction and any supporting documents. Form 4473 (5300.9) Part I and any supporting documents must be filed either chronologically by date of transaction, alphabetically by name of transferee (buyer), or numerically by transaction number if the transferor assigns transaction numbers to Form 4473 (5300.9) Part I.

6.    In addition to completing this record, the licensee shall report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4, in accordance with 27 CFR 178.126a.

7.    Additional forms are available from:

     Bureau of Alcohol, Tobacco and Firearms
     ATF Distribution Center
     3800 S. Four Mile Run Drive
     Arlington, Virginia  22206

## DEFINITIONS

1.    *Intra-State Over-the-Counter Transaction* — The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), who is a resident of the state in which the transferor's business is located, occurring on the transferor's business premises.

2.    *Published Ordinances* — The publication (ATF P 5300.5) containing those State laws and local ordinances relevant to the enforcement of Chapter 44 of the Title 18, U.S.C., which is annually published in the Federal Register and distributed to each Federal firearms licensee by the Director, Bureau of Alcohol, Tobacco and Firearms.

DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

## FIREARMS TRANSACTION RECORD
### PART I — INTRA-STATE OVER-THE-COUNTER

TRANSFEROR'S TRANSACTION NO.

NOTE: Prepare in original only. All entries other than signatures must be typed or clearly printed in ink. All signatures on this form must be in ink.

## SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER) *(See Notice and Instructions on reverse.)*

| 1. TRANSFEREE'S *(Buyer's)* NAME *(Last, First, Middle) (Mr., Mrs., Miss)* | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|
|  |  |  |  |

| 5. RESIDENCE ADDRESS *(No., Street, City, State, Zip code)* | 6. DATE OF BIRTH | 7. PLACE OF BIRTH |
|---|---|---|
|  |  |  |

8. CERTIFICATION OF TRANSFEREE *(Buyer)* — An untruthful answer may subject you to criminal prosecution. Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question:

a. Are you under indictment or information in any court for a crime punishable by imprisonment for a term exceeding one year?

d. Are you an unlawful user of, or addicted to, marijuana, or a depressant, stimulant, or narcotic drug?

b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (Note: The actual sentence given by the judge does not matter—a yes answer is necessary if the judge could have given a sentence of more than one year. Also, a "yes" answer is required if a conviction has been discharged, set aside, or dismissed pursuant to an expungement or rehabilitation statute.)

e. Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution?

f. Have you been discharged from the Armed Forces under dishonorable conditions?

g. Are you an alien illegally in the United States?

c. Are you a fugitive from justice?

h. Are you a person who, having been a citizen of the United States, has renounced his citizenship?

I hereby certify that the answers to the above are true and correct. I understand that a person who answers any of the above questions in the affirmative is prohibited by Federal law from purchasing and/or possessing a firearm. I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

| TRANSFEREE'S *(Buyer's)* SIGNATURE | DATE |
|---|---|
|  |  |

## SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER) *(See Notice and Instructions on reverse.)*

THE PERSON DESCRIBED IN SECTION A:
☐ IS KNOWN TO ME
☐ HAS IDENTIFIED HIMSELF TO ME IN THE FOLLOWING MANNER

| 9. TYPE OF IDENTIFICATION *(Driver's License, etc. Positive identification is required. A Social Security card is not considered positive identification.)* | 10. NUMBER ON IDENTIFICATION |
|---|---|
|  |  |

On the basis of: (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver or otherwise dispose of the firearm described below to the person identified in Section A.

| 11. TYPE *(Pistol, Revolver, Rifle, Shotgun, etc.)* | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. |
|---|---|---|---|
|  |  |  |  |

15. MANUFACTURER *(and importer, if any)*

| 16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR *(Seller)* *(Hand stamp may be used.)* | 17. FEDERAL FIREARMS LICENSE NO. |
|---|---|
|  |  |

| 18. TRANSFEROR'S *(Seller's)* SIGNATURE | 19. TRANSFEROR'S TITLE | 20. TRANSACTION DATE |
|---|---|---|
|  |  |  |

ATF F 4473 (5300.9) PART I (3-78)    EDITION OF 2/77 MAY BE USED

## IMPORTANT NOTICES TO TRANSFEROR (SELLER) AND TRANSFEREE (BUYER)

1.      Under 18 U.S.C. Chapter 44 and Title VII of Public Law 90-351, 18 U.S.C. Appendix 1201-1203, as amended, firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under Chapter 44 may determine if he may lawfully sell, deliver or transport a firearm to the person identified in Section A, and to alert the transferee (buyer) or certain restrictions on the receipt and possession of firearms. This form should not be used for sales of transfers where neither person is licensed under 18 U.S.C. Chapter 44.

2.      WARNING — The sale or delivery of a firearm by a licensee to an eligible purchaser who is acting as an agent, intermediary, or 'straw purchaser' for someone whom the licensee knows or has reasonable cause to believe is ineligible to purchase a firearm directly, may result in a violation of the Federal firearm laws.

3.      The transferee (buyer) of a firearm should be familiar with the provisions of law. Generally, 18 U.S.C. Chapter 44 prohibits the shipment, transportation or receipt in interstate commerce of a firearm by one who is under indictment or information for, or who has been convicted of a crime punishable by imprisonment for a term exceeding one year, by one who is a fugitive from justice, by one who is an unlawful user of, or addicted to marijuana or a depressant, stimulant or narcotic drug, or by one who has been adjudicated mentally defective or who has been committed to a mental institution. In addition, Title VII (18 U.S.C. Appendix 1201-1203) makes it unlawful for anyone who has been convicted of a crime punishable by imprisonment for a term exceeding one year, who has been discharged from the Armed Forces under dishonorable conditions, who has been adjudicated mentally incompetent, who, having been a citizen of the United States, has renounced his citizenship, or who is an alien illegally in the United States, to possess a firearm.

## INSTRUCTIONS TO TRANSFEREE (BUYER)

1.      The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and certify (sign) that the answers are true and correct. If, because of inability of the buyer to read or write, the answers are written by another person, this person and another person will sign as witnesses to the buyer's answers and/or signature.

2.      When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will complete and sign Section A of the form and attach a written statement, executed under the penalty of perjury, stating

   (a)     that the firearm is being acquired for the use of and will be the property of that business entity, and

   (b)     the name and address of that business entity.

## INSTRUCTIONS TO TRANSFEROR (SELLER)

1.      Should the buyer's name be illegible the seller shall print the buyer's name above the name printed by the buyer.

2.      The transferor (seller) or a firearm will, in every instance, complete Section B of the form.

3.      If more than one firearm is involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than one weapon may be on a separate sheet of paper which must be attached to the form covering the transaction.

4.      The transferor (seller) of the firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of the Gun Control Act of 1968 (18 U.S.C. Chapter 44) and Title VII, Unlawful Possession or Receipt of Firearms, (82 Stat. 197), and 27 CFR Part 178 (Commerce in Firearms and Ammunition).

5.      Upon completion of the firearm transaction, the transferor (seller) must make a part of his permanent firearms records the Form 4473 (5300.9) Part I recording that transaction and any supporting documents. Form 4473 (5300.9) Part I and any supporting documents must be filed either chronologically by date of transaction, alphabetically by name of transferee (buyer), or numerically by transaction number if the transferor assigns transaction numbers to Form 4473 (5300.9) Part I.

6.      In addition to completing this record, the licensee shall report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4, in accordance with 27 CFR 178.126a.

7.      Additional forms are available from:

   Bureau of Alcohol, Tobacco and Firearms
   ATF Distribution Center
   3800 S. Four Mile Run Drive
   Arlington, Virginia  22206

## DEFINITIONS

*1.      Intra-State Over-the-Counter Transaction* — The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), who is a resident of the state in which the transferor's business is located, occurring on the transferor's business premises.

*2.      Published Ordinances* — The publication (ATF P 5300.5) containing those State laws and local ordinances relevant to the enforcement of Chapter 44 of the Title 18, U.S.C., which is annually published in the Federal Register and distributed to each Federal firearms licensee by the Director, Bureau of Alcohol, Tobacco and Firearms.

| DEPARTMENT OF THE TREASURY · BUREAU OF ALCOHOL, TOBACCO AND FIREAR. · | TRANSFEROR'S TRANSACTION NO. |
|---|---|
| **FIREARMS TRANSACTION RECORD** **PART I — INTRA-STATE OVER-THE-COUNTER** | |

NOTE:    Prepare in original only.  All entries other than signatures must be typed or clearly printed in ink.  All signatures on this form must be in ink.

**SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)** *(See Notice and Instructions on reverse).*

| 1. TRANSFEREE'S *(Buyer's)* NAME *(Last, First, Middle)* *(Mr., Mrs., Miss)* | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|

| 5. RESIDENCE ADDRESS *(No., Street, City, State, Zip code)* | 6. DATE OF BIRTH | 7. PLACE OF BIRTH |
|---|---|---|

8. CERTIFICATION OF TRANSFEREE *(Buyer)* — An untruthful answer may subject you to criminal prosecution.  Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question.

| | |
|---|---|
| a. Are you under indictment or information*in any court for a crime punishable by imprisonment for a term exceeding one year? *A formal accusation of a crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury.* | d. Are you an unlawful user of, or addicted to, marijuana, or a depressant, stimulant, or narcotic drug? |
| b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year?  (Note: The actual sentence given by the judge does not matter—a yes answer is necessary if the judge could have given a sentence of more than one year. Also, a "yes" answer is required if a conviction has been discharged, set aside, or dismissed pursuant to an expungement or rehabilitation statute.) | e. Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution? |
| | f. Have you been discharged from the Armed Forces under dishonorable conditions? |
| | g. Are you an alien illegally in the United States? |
| c. Are you a fugitive from justice? | h. Are you a person who, having been a citizen of the United States, has renounced his citizenship? . |

I hereby certify that the answers to the above are true and correct.  I understand that a person who answers any of the above questions in the affirmative is prohibited by Federal law from purchasing and/or possessing a firearm.  I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

| TRANSFEREE'S *(Buyer's)* SIGNATURE | DATE |
|---|---|

**SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER)** *(See Notice and Instructions on reverse.)*

THIS PERSON DESCRIBED IN SECTION A:  ☐ IS KNOWN TO ME
☐ HAS IDENTIFIED HIMSELF TO ME IN THE FOLLOWING MANNER

| 9. TYPE OF IDENTIFICATION *(Driver's License, etc. Positive identification is required. A Social Security card is not considered positive identification.)* | 10. NUMBER ON IDENTIFICATION |
|---|---|

On the basis of:  (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver or otherwise dispose of the firearm described below to the person identified in Section A.

| 11. TYPE *(Pistol, Revolver, Rifle, Shotgun, etc.)* | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. |
|---|---|---|---|

| 15. MANUFACTURER *(and importer, if any)* |
|---|

| 16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR *(Seller)* *(Hand stamp may be used.)* | 17. FEDERAL FIREARMS LICENSE NO. |
|---|---|

| 18. TRANSFEROR'S *(Seller's)* SIGNATURE | 19. TRANSFEROR'S TITLE | 20. TRANSACTION DATE |
|---|---|---|

ATF F 4473 (5300.9) PART I  (1-79) EDITION OF 3/78 MAY BE USED

## IMPORTANT NOTICES TO TRANSFEROR (SELLER) AND TRANSFEREE (BUYER)

1. Under 18 U.S.C. Chapter 44 and Title VII of Public Law 90-351, 18 U.S.C. Appendix 1201-1203, as amended, firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under Chapter 44 may determine if he may lawfully sell, deliver or transport a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms. This form should not be used for sales or transfers where neither person is licensed under 18 U.S.C. Chapter 44.

2. WARNING—The sale or delivery of a firearm by a licensee to an eligible purchaser who is acting as an agent, intermediary, or 'straw purchaser' for someone whom the licensee knows or has reasonable cause to believe is ineligible to purchase a firearm directly, may result in a violation of the Federal firearm laws.

3. The transferee (buyer) of a firearm should be familiar with the provisions of law. Generally, 18 U.S.C. Chapter 44 prohibits the shipment, transportation or receipt in interstate commerce of a firearm by one who is under indictment or information for, or who has been convicted of a crime punishable by imprisonment for a term exceeding one year, by one who is a fugitive from justice, by one who is an unlawful user of, or addicted to marijuana or a depressant, stimulant or narcotic drug, or by one who has been adjudicated mentally defective or who has been committed to a mental institution. In addition, Title VII (18 U.S.C. Appendix 1201-1203) makes it unlawful for anyone who has been convicted of a crime punishable by imprisonment for a term exceeding one year, who has been discharged from the Armed Forces under dishonorable conditions, who has been adjudicated mentally incompetent, who, having been a citizen of the United States, has renounced his citizenship, or who is an alien illegally in the United States, to possess a firearm.

## INSTRUCTIONS TO TRANSFEREE (BUYER)

1. The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and certify (sign) that the answers are true and correct. If, because of inability of the buyer to read or write, the answers are written by another person, this person and another person will sign as witnesses to the buyer's answers and/or signature.

2. When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will complete and sign Section A of the form and attach a written statement, executed under the penalty of perjury, stating

   (a) that the firearm is being acquired for the use of and will be the property of that business entity, and

   (b) the name and address of that business entity.

## INSTRUCTIONS TO TRANSFEROR (SELLER)

1. Should the buyer's name be illegible the seller shall print the buyer's name above the name printed by the buyer.

2. The transferor (seller) of a firearm will, in every instance complete Section B of the form.

3. If more than one firearm is involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than one weapon may be on a separate sheet of paper which must be attached to the form covering the transaction.

4. The transferor (seller) of the firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of the Gun Control Act of 1968 (18 U.S.C. Chapter 44) and Title VII, Unlawful Possession or Receipt of Firearms, (82 Stat. 197), and 27 CFR Part 178 (Commerce in Firearms and Ammunition).

5. Upon completion of the firearm transaction, the transferor (seller) must make a part of his permanent firearms records the Form 4473 (5300.9) Part 1 recording that transaction and any supporting documents. Form 4473 (5300.9) Part 1 and any supporting documents must be filed either chronologically by date of transaction, alphabetically by name of transferee (buyer), or numerically by transaction number if the transferor assigns transaction numbers to Form 4473 (5300.9) Part 1.

6. In addition to completing this record, the licensee shall report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4, in accordance with 27 CFR 178.126a.

7. Additional forms are available from:

   Bureau of Alcohol, Tobacco and Firearms
   ATF Distribution Center
   3800 S. Four Mile Run Drive
   Arlington, Virginia 22206

## DEFINITIONS

1. *Intra-State Over-the-Counter Transaction* — The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), who is a resident of the state in which the transferor's business is located, occurring on the transferor's business premises.

2. *Published Ordinances* — The publication (ATF P 5300.5) containing those State laws and local ordinances relevant to the enforcement of Chapter 44 of Title 18, U.S.C., which is annually published in the Federal Register and distributed to each Federal firearms licensee by the Director, Bureau of Alcohol, Tobacco and Firearms.

ATF F 4473 (5300.9) PART 1 (1-79)

| DEPARTMENT OF THE TREASURY—BUREAU OF ALCOHOL, TOBACCO AND FIREARMS **FIREARMS TRANSACTION RECORD** **PART I — INTRA-STATE OVER-THE-COUNTER** | TRANSFEROR'S TRANSACTION NO. |
|---|---|

NOTE:    Prepare in original only.  All entries other than signatures must be typed or clearly printed in ink.  All signatures on this form must be in ink.

**SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)** *(See Notice and Instructions on reverse).*

| 1. TRANSFEREE'S *(Buyer's)* NAME *(Last, First, Middle) (Mr., Mrs., Miss)* | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|

| 5. RESIDENCE ADDRESS *(No., Street, City, State, Zip code)* | 6. DATE OF BIRTH | 7. PLACE OF BIRTH |
|---|---|---|

8. CERTIFICATION OF TRANSFEREE *(Buyer)* — An untruthful answer may subject you to criminal prosecution.  Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question.

| | |
|---|---|
| a.  Are you under indictment or information* in any court for a crime punishable by imprisonment for a term exceeding one year? *A formal accusation of a crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury.* | c.  Are you a fugitive from justice? |
| | d.  Are you an unlawful user of, or addicted to, marijuana, or a depressant, stimulant, or narcotic drug? |
| b.  Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year?  (Note: The actual sentence given by the judge does not matter — a yes answer is necessary if the judge could have given a sentence of more than one year.  Also, a "yes" answer is required if a conviction has been discharged, set aside, or dismissed pursuant to an expungement or rehabilitation statute.  However, a crime punishable by imprisonment for a term exceeding one year does not include a conviction which has been set aside under the Federal Youth Corrections Act.) | e.  Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution? |
| | f.  Have you been discharged from the Armed Forces under dishonorable conditions? |
| | g.  Are you an alien illegally in the United States? |
| | h.  Are you a person who, having been a citizen of the United States, has renounced his citizenship? |

I hereby certify that the answers to the above are true and correct.  I understand that a person who answers "Yes" to any of the above questions is prohibited from purchasing and/or possessing a firearm, except as otherwise provided by Federal law.  I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

| TRANSFEREE'S *(Buyer's)* SIGNATURE | DATE |
|---|---|

**SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER)** *(See Notice and Instructions on reverse.)*

THIS PERSON DESCRIBED IN SECTION A:    ☐ IS KNOWN TO ME
☐ HAS IDENTIFIED HIMSELF TO ME IN THE FOLLOWING MANNER

| 9. TYPE OF IDENTIFICATION *(Driver's License, etc. Positive identification is required. A Social Security card is not considered positive identification.)* | 10. NUMBER ON IDENTIFICATION |
|---|---|

On the basis of:  (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver or otherwise dispose of the firearm described below to the person identified in Section A.

| 11. TYPE *(Pistol, Revolver, Rifle, Shotgun, etc.)* | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. |
|---|---|---|---|

| 15. MANUFACTURER *(and importer, if any)* |
|---|

| 16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR *(Seller)* *(Hand stamp may be used.)* | 17. FEDERAL FIREARMS LICENSE NO. |
|---|---|

| 18. TRANSFEROR'S *(Seller's)* SIGNATURE | 19. TRANSFEROR'S TITLE | 20. TRANSACTION DATE |
|---|---|---|

ATF F 4473 (5300.9) PART I  (11-79)    EDITION OF 1-79 MAY BE USED

## IMPORTANT NOTICES TO TRANSFEROR (SELLER) AND TRANSFEREE (BUYER)

1. Under 18 U.S.C. Chapter 44 and Title VII of Public Law 90-351, 18 U.S.C. Appendix 1201-1203, as amended, firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under Chapter 44 may determine if he may lawfully sell, deliver or transport a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms. This form should not be used for sales or transfers where neither person is licensed under 18 U.S.C. Chapter 44.

2. WARNING—The sale or delivery of a firearm by a licensee to an eligible purchaser who is acting as an agent, intermediary, or 'straw purchaser' for someone whom the licensee knows or has reasonable cause to believe is ineligible to purchase a firearm directly, may result in a violation of the Federal firearm laws.

3. The transferee (buyer) of a firearm should be familiar with the provisions of law. Generally, 18 U.S.C. Chapter 44 prohibits the shipment, transportation or receipt in interstate commerce of a firearm by one who is under indictment or information for, or who has been convicted of a crime punishable by imprisonment for a term exceeding one year, by one who is a fugitive from justice, by one who is an unlawful user of, or addicted to marijuana or a depressant, stimulant or narcotic drug, or by one who has been adjudicated mentally defective or who has been committed to a mental institution. In addition, Title VII (18 U.S.C. Appendix 1201-1203) generally makes it unlawful for anyone who has been convicted of a crime punishable by imprisonment for a term exceeding one year, who has been discharged from the Armed Forces under dishonorable conditions, who has been adjudicated mentally incompetent, who, having been a citizen of the United States, has renounced his citizenship, or who is an alien illegally in the United States, to possess a firearm.

## INSTRUCTIONS TO TRANSFEREE (BUYER)

1. The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and certify (sign) that the answers are true and correct. If, because of inability of the buyer to read or write, the answers are written by another person, this person and another person will sign as witnesses to the buyer's answers and/or signature.

2. When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will complete and sign Section A of the form and attach a written statement, executed under the penalty of perjury, stating

   (a) that the firearm is being acquired for the use of and will be the property of that business entity, and
   (b) the name and address of that business entity.

## INSTRUCTIONS TO TRANSFEROR (SELLER)

1. Should the buyer's name be illegible the seller shall print the buyer's name above the name printed by the buyer.

2. The transferor (seller) of a firearm will, in every instance complete Section B of the form.

3. If more than one firearm is involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than one weapon may be on a separate sheet of paper which must be attached to the form covering the transaction.

4. The transferor (seller) of the firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of the Gun Control Act of 1968 (18 U.S.C. Chapter 44) and Title VII, Unlawful Possession or Receipt of Firearms, (82 Stat. 197), and 27 CFR Part 178 (Commerce in Firearms and Ammunition).

5. Upon completion of the firearm transaction, the transferor (seller) must make a part of his permanent firearms records the Form 4473 (5300.9) Part 1 recording that transaction and any supporting documents. Form 4473 (5300.9) Part 1 and any supporting documents must be filed either chronologically by date of transaction, alphabetically by name of transferee (buyer), or numerically by transaction number if the transferor assigns transaction numbers to Form 4473 (5300.9) Part 1.

6. In addition to completing this record, the licensee shall report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4, in accordance with 27 CFR 178.126a.

7. Additional forms are available from:

   Bureau of Alcohol, Tobacco and Firearms
   ATF Distribution Center
   3800 S. Four Mile Run Drive
   Arlington, Virginia 22206

## DEFINITIONS

1. *Intra-State Over-the-Counter Transaction* – The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), who is a resident of the state in which the transferor's business is located, occurring on the transferor's business premises.

2. *Published Ordinances* – The publication (ATF P 5300.5) containing those State laws and local ordinances relevant to the enforcement of Chapter 44 of Title 18, U.S.C., which is annually published in the Federal Register and distributed to each Federal firearms licensee by the Director, Bureau of Alcohol, Tobacco and Firearms.

Form Approved: OMB No. 1512-0129 (12/31/84)

DEPARTMENT OF THE TREASURY  BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

**FIREARMS TRANSACTION RECORD**
**PART I — INTRA-STATE OVER-THE-COUNTER**

TRANSFEROR'S TRANSACTION NO.

NOTE: Prepare in original only. All entries other than signatures must be typed or clearly printed in ink. All signatures on this form must be in ink.

**SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)** *(See Notice and Instructions on reverse).*

1. TRANSFEREE'S *(Buyer's)* NAME *(Last, First, Middle)  (Mr., Mrs., Miss)*

2. HEIGHT    3. WEIGHT    4. RACE

5. RESIDENCE ADDRESS *(No., Street, City, State, Zip code)*

6. DATE OF BIRTH    7. PLACE OF BIRTH

8. CERTIFICATION OF TRANSFEREE *(Buyer)* — An untruthful answer may subject you to criminal prosecution. Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question.

a. Are you under indictment or information* in any court for a crime punishable by imprisonment for a term exceeding one year?  *A formal accusation of a crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury.

b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (Note: The actual sentence given by the judge does not matter — a yes answer is necessary if the judge could have given a sentence of more than one year. Also, a "yes" answer is required if a conviction has been discharged, set aside, or dismissed pursuant to an expungement or rehabilitation statute. However, a crime punishable by imprisonment for a term exceeding one year does not include a conviction which has been set aside under the Federal Youth Corrections Act.)

c. Are you a fugitive from justice?

d. Are you an unlawful user of, or addicted to, marijuana, or a depressant, stimulant, or narcotic drug?

e. Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution?

f. Have you been discharged from the Armed Forces under dishonorable conditions?

g. Are you an alien illegally in the United States?

h. Are you a person who, having been a citizen of the United States, has renounced his citizenship?

I hereby certify that the answers to the above are true and correct. I understand that a person who answers "Yes" to any of the above questions is prohibited from purchasing and/or possessing a firearm, except as otherwise provided by Federal law. I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

TRANSFEREE'S *(Buyer's)* SIGNATURE

DATE

**SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER)** *(See Notice and Instructions on reverse.)*

THIS PERSON DESCRIBED IN SECTION A:
☐ IS KNOWN TO ME
☐ HAS IDENTIFIED HIMSELF TO ME IN THE FOLLOWING MANNER

9. TYPE OF IDENTIFICATION *(Driver's License, etc. Positive identification is required.  A Social Security card is not considered positive identification.)*

10. NUMBER ON IDENTIFICATION

On the basis of (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver or otherwise dispose of the firearm described below to the person identified in Section A.

11. TYPE *(Pistol, Revolver, Rifle, Shotgun, etc.)*    12. MODEL    13. CALIBER OR GAUGE    14. SERIAL NO.

15. MANUFACTURER *(and importer, if any)*

16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR *(Seller)* *(Hand stamp may be used.)*

17. FEDERAL FIREARMS LICENSE NO.

18. TRANSFEROR'S *(Seller's)* SIGNATURE    19. TRANSFEROR'S TITLE    20. TRANSACTION DATE

**ATF F 4473 (5300.9) PART I  (11-81)  PREVIOUS EDITIONS ARE OBSOLETE**

## PAPERWORK REDUCTION ACT NOTICE

The information required on this form is in accordance with Section 3507 of Public Law 96-511, December 11, 1980. The purpose of the information is to determine the eligibility of the buyer (transferee) to receive firearms under Federal law. The information is subject to inspection by ATF officers. The information on this form is required by 18 U.S.C. 922.

### IMPORTANT NOTICES TO TRANSFEROR (SELLER) AND TRANSFEREE (BUYER)

1.    Under 18 U.S.C. Chapter 44 and Title VII of Public Law 90-351, 18 U.S.C. Appendix 1201-1203, as amended, firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under Chapter 44 may determine if he may lawfully sell, deliver or transport a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms. This form should not be used for sales or transfers where neither person is licensed under 18 U.S.C. Chapter 44.

2.    WARNING—The sale or delivery of a firearm by a licensee to an eligible purchaser who is acting as an agent, intermediary, or 'straw purchaser' for someone whom the licensee knows or has reasonable cause to believe is ineligible to purchase a firearm directly, may result in a violation of the Federal firearm laws.

3.    The transferee (buyer) of a firearm should be familiar with the provisions of law. Generally, 18 U.S.C. Chapter 44 prohibits the shipment, transportation or receipt in interstate commerce of a firearm by one who is under indictment or information for, or who has been convicted of a crime punishable by imprisonment for a term exceeding one year, by one who is a fugitive from justice, by one who is an unlawful user of, or addicted to marijuana or a depressant, stimulant or narcotic drug, or by one who has been adjudicated mentally defective or who has been committed to a mental institution. In addition, Title VII (18 U.S.C. Appendix 1201-1203) generally makes it unlawful for anyone who has been convicted of a crime punishable by imprisonment for a term exceeding one year, who has been discharged from the Armed Forces under dishonorable conditions, who has been adjudicated mentally incompetent, who, having been a citizen of the United States, has renounced his citizenship, or who is an alien illegally in the United States, to possess a firearm.

### INSTRUCTIONS TO TRANSFEREE (BUYER)

1.    The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and certify (sign) that the answers are true and correct. If, because of inability of the buyer to read or write, the answers are written by another person, this person and another person will sign as witnesses to the buyer's answers and/or signature.

2.    When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will complete and sign Section A of the form and attach a written statement, executed under the penalty of perjury, stating

   (a)   that the firearm is being acquired for the use of and will be the property of that business entity, and

   (b)   the name and address of that business entity.

### INSTRUCTIONS TO TRANSFEROR (SELLER)

1.    Should the buyer's name be illegible the seller shall print the buyer's name above the name printed by the buyer.

2.    The transferor (seller) of a firearm will, in every instance complete Section B of the form.

3.    If more than one firearm is involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than one weapon may be on a separate sheet of paper which must be attached to the form covering the transaction.

4.    The transferor (seller) of the firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of the Gun Control Act of 1968 (18 U.S.C. Chapter 44) and Title VII, Unlawful Possession or Receipt of Firearms, (82 Stat. 197), and 27 CFR Part 178 (Commerce in Firearms and Ammunition).

5.    Upon completion of the firearm transaction, the transferor (seller) must make a part of his permanent firearms records the Form 4473 (5300.9) Part 1 recording that transaction and any supporting documents. Form 4473 (5300.9) Part 1 and any supporting documents must be filed either chronologically by date of transaction, alphabetically by name of transferee (buyer), or numerically by transaction number if the transferor assigns transaction numbers to Form 4473 (5300.9) Part 1.

6.    In addition to completing this record, the licensee shall report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4 in accordance with 27 CFR 178.126a.

7.    Additional forms are available from:

   Bureau of Alcohol, Tobacco and Firearms
   ATF Distribution Center
   3800 S. Four Mile Run Drive
   Arlington, Virginia 22206

### DEFINITIONS

1.    *Intra-State Over-the-Counter Transaction* — The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), who is a resident of the state in which the transferor's business is located, occurring on the transferor's business premises.

2.    *Published Ordinances* — The publication (ATF P 5300.5) containing those State laws and local ordinances relevant to the enforcement of Chapter 44 of Title 18, U.S.C., which is annually published in the Federal Register and distributed to each Federal firearms licensee by the Director, Bureau of Alcohol, Tobacco and Firearms.

DEPARTMENT OF THE TREA / — BUREAU OF ALCOHOL, TOBACCO, AND FIREARM

Form Approved: OMB No. 1512-0129 (2/29/88)

## FIREARMS TRANSACTION RECORD
## PART I — INTRA-STATE OVER-THE-COUNTER

**TRANSFEROR'S TRANSACTION SERIAL NUMBER**

NOTE: Prepare in original only. All entries on this form must be in ink. See Notices and Instructions on back.

### SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER) (See Notices and Instructions on reverse)

1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle)    ☐ MALE    ☐ FEMALE    | 2. HEIGHT | 3. WEIGHT | 4. RACE

5. RESIDENCE ADDRESS (No., Street, City, State, ZIP Code)    | 6. DATE OF BIRTH   MONTH  DAY  YEAR | 7. PLACE OF BIRTH (City and State or City and Foreign Country)

8. CERTIFICATION OF TRANSFEREE (Buyer) — An untruthful answer may subject you to criminal prosecution. Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question:

a. Are you under indictment or information* in any court for a crime punishable by imprisonment for a term exceeding one year? *A formal accusation of a crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury.

b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (NOTE: A "yes" answer is necessary if the judge could have given a sentence of more than one year. Also, a "yes" answer is required if a conviction has been discharged, set aside, or dismissed pursuant to an expungement or rehabilitation statute. However, a "crime punishable by imprisonment exceeding one year" does **not** include a conviction which has been set aside under the Federal Youth Corrections Act, as evidenced by a copy of the certificate issued under 18 USC 5021.)

c. Are you a fugitive from justice?

d. Are you an unlawful user of, or addicted to, marijuana, or a depressant, stimulant, or narcotic drug?

e. Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution?

f. Have you been discharged from the Armed Forces under **dishonorable** conditions?

g. Are you an alien **illegally** in the United States?

h. Are you a person who, having been a citizen of the United States, **has renounced** his citizenship?

I hereby certify that the answers to the above are true and correct. I understand that a person who answers "Yes" to any of the above questions is prohibited from purchasing and/or possessing a firearm, except as otherwise provided by Federal law. I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

TRANSFEREE'S (Buyer's) SIGNATURE    | DATE

### SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER) (See Notices and Instructions on reverse)

THIS PERSON DESCRIBED IN SECTION A:    ☐ IS KNOWN TO ME
☐ HAS IDENTIFIED HIMSELF TO ME IN THE FOLLOWING MANNER

9. TYPE OF IDENTIFICATION (Driver's license or identification which shows name, date of birth, place of residence, and signature.)    | 10. NUMBER ON IDENTIFICATION

On the basis of (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below and on the back to the person identified in Section A.

| 11. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. | 15. MANUFACTURER (and importer, if any) |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used)    | 17. FEDERAL FIREARMS LICENSE NO. (Hand stamp may be used)

### THE PERSON MAKING THE ACTUAL FIREARMS SALE MUST COMPLETE ITEMS 18 THROUGH 20

18. TRANSFEROR'S (Seller's) SIGNATURE    | 19. TRANSFEROR'S TITLE    | 20. TRANSACTION DATE

ATF F 4473 (5300.9) PART I (2-85)

| CONTINUATION OF ITEMS 11 THROUGH 15 FOR MULTIPLE PURCHASES OF FIREARMS (See Item 9 below) | | | | |
|---|---|---|---|---|
| 11. TYPE *(Pistol, Revolver, Rifle, Shotgun, etc.)* | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. | 15. MANUFACTURER *(and importer, if any)* |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| Complete ATF F 3310.4 for multiple purchases of firearms (See item 10 below) | | | | |

## NOTICES AND INSTRUCTIONS

### PAPERWORK REDUCTION ACT NOTICE

The information required on this form is in accordance with the Paperwork Reduction Act of 1980. The purpose of the information is to determine the eligibility of the buyer (transferee) to receive firearms under Federal law. The information is subject to inspection by ATF officers. The information on this form is required by 18 U.S.C. 922 and 923.

### IMPORTANT NOTICES TO TRANSFEROR (SELLER) AND TRANSFEREE (BUYER)

1. Under 18 U.S.C. 921-928 and 18 U.S.C. Appendix 1201-1203, firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under 18 U.S.C. 921-928 may determine if he may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms. This form should not be used for sales or transfers where neither person is licensed under 18 U.S.C. 921-928.

2. WARNING—The sale or delivery of a firearm by a licensee to an eligible purchaser who is acting as an agent, intermediary or 'straw purchaser' for someone whom the licensee knows or has reasonable cause to believe is ineligible to purchase a firearm directly, may result in a violation of the Federal firearm laws.

3. The transferee (buyer) of a firearm should be familiar with the provisions of law. Generally, 18 U.S.C. 921-928 prohibits the shipment, transportation or receipt in interstate commerce of a firearm by one who is under indictment or information for, or who has been convicted of, a crime punishable by imprisonment for a term exceeding one year, by one who is a fugitive from justice, by one who is an unlawful user of, or addicted to marijuana or a depressant, stimulant or narcotic drug, or by one who has been adjudicated mentally defective or who has been committed to a mental institution. In addition, 18 U.S.C. Appendix 1201-1203 generally makes it unlawful for anyone who has been convicted of a crime punishable by imprisonment for a term exceeding one year, who has been discharged from the Armed Forces under dishonorable conditions, who has been adjudicated mentally incompetent, who, having been a citizen of the United States, has renounced his citizenship, or who is an alien illegally in the United States, to possess a firearm.

KNOW YOUR CUSTOMER—Before a licensee may sell or deliver a firearm to a nonlicensee, the licensee must establish the identity, place of residence, and age of the buyer. Satisfactory identification should verify the buyer's name, date of birth, address, and signature. Thus, a driver's license or an identification card issued by a State in place of a license is particularly appropriate. Social Security cards are not acceptable because no address or date of birth is shown on the card. Also, alien registration receipt cards and military identification cards are not acceptable by themselves because the State of residence is not shown on the cards. However, although a particular document may not be sufficient to meet the statutory requirement for identifying the buyer, any combination of documents which together disclose the required information concerning the buyer is acceptable.

### INSTRUCTIONS TO TRANSFEREE (BUYER)

4. The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and certify (sign) that the answers are true and correct. However, if the buyer is unable to read and/or write, the answers may be written by other persons, excluding the dealer. Two persons (other than the dealer) will then sign a[illegible] witnesses to the buyer's answers and signature.

5. When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will complete and sign Section A of the form and attach a written statement, executed under penalties of perjury, stating

(a) that the firearm is being acquired for the use of and will be the property of that business entity, and

(b) the name and address of that business entity.

### INSTRUCTIONS TO TRANSFEROR (SELLER)

6. Should the buyer's name be illegible the seller shall print the buyer's name above the name printed by the buyer.

7. The transferor (seller) of a firearm will, in every instance, complete Section B of the form.

8. Additional firearms purchases made by the same buyer may not be added to this form after the seller has signed and dated it.

9. If more than six firearms are involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than six weapons may be on a separate sheet of paper which must be attached to the form covering the transaction.

10. In addition to completing this record, you must report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4 in accordance with 27 CFR 178.126a.

11. The transferor (seller) of a firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of 18 U.S.C. 921-928 and 18 U.S.C. Appendix 1201-1203, and the Federal firearms regulations, Title 27, Code of Federal Regulations, Part 178.

12. After you have completed the firearm transaction, you must make the completed, original copy of the ATF F 4473, Part I part of your permanent firearms records including any supporting documents. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), so long as all of your completed Forms 4473, Part I are filed in the same manner.

### DEFINITIONS

1. *Intra-State Over-the-Counter Transaction*—The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer) who is a resident of the State in which the transferor's business is located, occurring on the transferor's business premises.

2. *Published Ordinances*—The publication (ATF P 5300.5) containing State firearms laws and local ordinances which is annually distributed to Federal firearms licensees by the Bureau of Alcohol, Tobacco and Firearms.

U.S. GOVERNMENT PRINTING OFFICE: 1985-461-843/36945

Form Approved: OMB No. 1512-0129 (3/31/91)

| DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS<br>**FIREARMS TRANSACTION RECORD**<br>**PART I — OVER-THE-COUNTER** | TRANSFEROR'S TRANSACTION SERIAL NUMBER |
|---|---|

NOTE: Prepare in original only. All entries on this form must be in ink. See Notices and Instructions on back.

## SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER) (See Notices and Instructions on reverse)

| 1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle) | ☐ MALE<br>☐ FEMALE | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|---|

| 5. RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code) | 6. DATE OF BIRTH<br>MONTH \| DAY \| YEAR | 7. PLACE OF BIRTH (City and State or City and Foreign Country) |
|---|---|---|

8. CERTIFICATION OF TRANSFEREE (Buyer)—An untruthful answer may subject you to criminal prosecution. Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question:

| a. Are you under indictment or information* in any court for a crime punishable by imprisonment for a term exceeding one year? *A formal accusation of a crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury. | | c. Are you a fugitive from justice? | |
|---|---|---|---|
| | | d. Are you an unlawful user of, or addicted to, marihuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | |
| b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (NOTE: A "yes" answer is necessary if the judge could have given a sentence of more than one year. A "yes" answer is *not* required if you have been pardoned for the crime or the conviction has been expunged or set aside, or you have had your civil rights restored and, under the law where the conviction occurred, you are not prohibited from receiving or possessing any firearm). | | e. Have you even been adjudicated mentally defective or have you ever been committed to a mental institution? | |
| | | f. Have you been discharged from the Armed Forces under **dishonorable** conditions? | |
| | | g. Are you an alien **illegally** in the United States? | |
| | | h. Are you a person who, having been a citizen of the United States, has renounced his/her citizenship. | |

I hereby certify that the answers to the above are true and correct. I understand that a person who answers "Yes" to any of the above questions is prohibited from purchasing and/or possessing a firearm, except as otherwise provided by Federal law. I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

| TRANSFEREE'S (Buyer's) SIGNATURE | DATE |
|---|---|

## SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER) (See Notices and Instructions on reverse)

THIS PERSON DESCRIBED IN SECTION A:   ☐ IS KNOWN TO ME
☐ HAS IDENTIFIED HIMSELF/HERSELF TO ME IN THE FOLLOWING MANNER

| 9. TYPE OF IDENTIFICATION (Driver's license or identification which shows name, date of birth, place of residence, and signature.) | 10. NUMBER ON IDENTIFICATION |
|---|---|

On the basis of (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below and on the back to the person identified in Section A.

| 11.<br>TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 12.<br>MODEL | 13.<br>CALIBER OR GAUGE | 14.<br>SERIAL NO. | 15<br>MANUFACTURER (and importer, if any) |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

| 16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller)<br>(Hand stamp may be used) | 17. FEDERAL FIREARMS LICENSE NO.<br>(Hand stamp may be used) |
|---|---|

### THE PERSON MAKING THE ACTUAL FIREARMS SALE MUST COMPLETE ITEMS 18 THROUGH 20

| 18. TRANSFEROR'S (Seller's) SIGNATURE | 19. TRANSFEROR'S TITLE | 20. TRANSACTION DATE |
|---|---|---|

**ATF F 4473 (5300.9) PART I (1-88)**

| 11.<br>TYPE *(Pistol, Revolver, Rifle, Shotgun, etc.)* | 12.<br>MODEL | 13.<br>CALIBER OR GAUGE | 14.<br>SERIAL NO. | 15<br>MANUFACTURER *(and importer, if any)* |
|---|---|---|---|---|
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| Complete ATF F 3310.4 for multiple purchases of handguns (See item 10 below) | | | | |

## NOTICES AND INSTRUCTIONS

### PAPERWORK REDUCTION ACT NOTICE

The information required on this form is in accordance with the Paperwork Reduction Act of 1980. The purpose of the information is to determine the eligibility of the buyer (transferee) to receive firearms under Federal law. The information is subject to inspection by ATF officers. The information on this form is required by 18 U.S.C. 922 and 923.

### IMPORTANT NOTICES TO TRANSFEROR (SELLER) AND TRANSFEREE (BUYER)

1. Under 18 U.S.C. 921-929                    firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under 18 U.S.C. 921-929 may determine if he may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms. This form should not be used for sales or transfers where neither person is licensed under 18 U.S.C. 921-929.

2. WARNING—The sale or delivery of a firearm by a licensee to an eligible purchaser who is acting as an agent, intermediary or 'straw purchaser' for someone whom the licensee knows or has reasonable cause to believe is ineligible to purchase a firearm directly, may result in a violation of the Federal firearms laws.

3. The transferee (buyer) of a firearm should be familiar with the provisions of law. Generally, 18 U.S.C. 921-929 prohibit the shipment, transportation, receipt, or possession in or affecting interstate commerce of a firearm by one who is under indictment or information for, or who has been convicted of, a crime punishable by imprisonment for a term exceeding one year, by one who is a fugitive from justice, by one who is an unlawful user of, or addicted to, marihuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance, by one who has been adjudicated mentally defective or has been committed to a mental institution, by one who has been discharged from the Armed Forces under dishonorable conditions, by one who, having been a citizen of the United States, has renounced his citizenship, or by one who is an alien illegally in the United States.

EXCEPTION: For one who has been convicted of a crime punishable by imprisonment for a term exceeding one year, the prohibition does not apply *if that individual has received a pardon for the crime or the conviction has been expunged or set aside or under the law where the conviction occurred that individual has had his/her civil rights restored and as a result of the civil rights restoration is not prohibited from receiving or possessing firearms.*

KNOW YOUR CUSTOMER—Before a licensee may sell or deliver a firearm to a nonlicensee, the licensee must establish the identity, place of residence, and age of the buyer. Satisfactory identification should verify the buyer's name, date of birth, address, and signature. Thus, a driver's license or identification card issued by a State in place of a license is particularly appropriate. Social Security cards are not acceptable because no address or date of birth is shown on the card. Also, alien registration receipt cards and military identification cards are not acceptable by themselves because the State of residence is not shown on the cards. However, although a particular document may not be sufficient to meet the statutory requirement for identifying the buyer, any combination of documents which together disclose the required information concerning the buyer is acceptable.

### INSTRUCTIONS TO TRANSFEREE (BUYER)

4. The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and certify (sign) that the answers are true and correct. However, if the buyer is unable to read and/or write, the answers may be written by other persons, excluding the dealer. Two

persons (other than the dealer) will then sign as witnesses to the buyer's answers and signature.

5. When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will complete and sign Section A of the form and attach a written statement, executed under penalties of perjury, stating

    (a) that the firearm is being acquired for the use of and will be the property of that business entity, and

    (b) the name and address of that business entity.

### INSTRUCTIONS TO TRANSFEROR (SELLER)

6. Should the buyer's name be illegible the seller shall print the buyer's name above the name printed by the buyer.

7. The transferor (seller) of a firearm will, in every instance, complete Section B of the form.

8. Additional firearms purchases made by the same buyer may not be added to this form after the seller has signed and dated it.

9. If more than six firearms are involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than six weapons must be on a separate sheet of paper which must be attached to the form covering the transaction.

10. In addition to completing this record, you must report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4 in accordance with 27 CFR 178.126a.

11. The transferor (seller) of a firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of 18 U.S.C. 921-929 and the Federal firearms regulations, Title 27, Code of Federal Regulations, Part 178. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a non-resident, the transferor is presumed to know applicable State laws and published ordinances in both States.

12. After you have completed the firearm transaction, you must make the completed, original copy of the ATF F 4473, Part I part of your permanent firearms records including any supporting documents. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), so long as all of your completed Forms 4473, Part I are filed in the same manner.

### DEFINITIONS

1. Over-the-counter Transaction—The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), occurring on the transferor's licensed premises. This includes the sale or other disposition of a rifle or a shotgun to a non-resident transferee (buyer) occurring on such premises.

2. Published Ordinances—The publication (ATF P 5300.5) containing State firearms laws and local ordinances which is annually distributed to Federal firearms licensees by the Bureau of Alcohol, Tobacco and Firearms.

3. Under indictment or convicted in any court—An indictment or conviction in any Federal, State or Foreign court.

ATF F 4473 (5300.9 PART I (1-88)

Form Approved: OMB No. 1512-0129 (3/31/91)

| DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS **FIREARMS TRANSACTION RECORD** **PART I — OVER-THE-COUNTER** | TRANSFEROR'S TRANSACTION SERIAL NUMBER |
|---|---|

NOTE: Prepare in original only. All entries on this form must be in ink. See Notices and Instructions on back.

**SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER) (See Notices and Instructions on reverse)**

1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle)  ☐ MALE  ☐ FEMALE  | 2. HEIGHT | 3. WEIGHT | 4. RACE

5. RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code) | 6. DATE OF BIRTH  MONTH  DAY  YEAR | 7. PLACE OF BIRTH (City and State or City and Foreign Country)

8. CERTIFICATION OF TRANSFEREE (Buyer)—An untruthful answer may subject you to criminal prosecution. Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question:

a. Are you under indictment or information* in any court for a crime punishable by imprisonment for a term exceeding one year? *A formal accusation of a crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury.

b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (NOTE: A "yes" answer is necessary if the judge could have given a sentence of more than one year. A "yes" answer is not required if you have been pardoned for the crime or the conviction has been expunged or set aside, or you have had your civil rights restored and, under the law where the conviction occurred, you are not prohibited from receiving or possessing any firearm).

c. Are you a fugitive from justice?

d. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance?

e. Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution?

f. Have you been discharged from the Armed Forces under dishonorable conditions?

g. Are you an alien illegally in the United States?

h. Are you a person who, having been a citizen of the United States, has renounced his/her citizenship?

I hereby certify that the answers to the above are true and correct. I understand that a person who answers "Yes" to any of the above questions is prohibited from purchasing and/or possessing a firearm, except as otherwise provided by Federal law. I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

TRANSFEREE'S (Buyer's) SIGNATURE — EXECUTE AT TIME OF ACTUAL TRANSFER OF FIREARM(S) | DATE

**SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER) (See Notices and Instructions on reverse)**

THIS PERSON DESCRIBED IN SECTION A: ☐ IS KNOWN TO ME ☐ HAS IDENTIFIED HIMSELF/HERSELF TO ME IN THE FOLLOWING MANNER

9. TYPE OF IDENTIFICATION (Driver's license or identification which shows name, date of birth, place of residence, and signature.) | 10. NUMBER ON IDENTIFICATION

On the basis of (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below and on the back to the person identified in Section A.

| 11. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. | 15 MANUFACTURER (and importer, if any) |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used) | 17. FEDERAL FIREARMS LICENSE NO. (Hand stamp may be used)

**THE PERSON MAKING THE ACTUAL FIREARMS SALE MUST COMPLETE ITEMS 18 THROUGH 20**

| 18. TRANSFEROR'S (Seller's) SIGNATURE — EXECUTE AT TIME OF ACTUAL TRANSFER OF FIREARM(S) | 19. TRANSFEROR'S TITLE | 20. TRANSACTION DATE |
|---|---|---|

ATF F 4473 (5300.9) PART I (1-90)

| 11.<br>TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 12.<br>MODEL | 13.<br>CALIBER OR GAUGE | 14.<br>SERIAL NO. | 15<br>MANUFACTURER (and importer, if any) |
|---|---|---|---|---|
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

Complete ATF F 3310.4 for multiple purchases of handguns (See item 10 below)

## NOTICES AND INSTRUCTIONS

### PAPERWORK REDUCTION ACT NOTICE

The estimated average burden associated with this collection is .10 hours per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing the burden should be directed to Reports Management Officer, Information Programs Branch, Room 7011, Bureau of Alcohol, Tobacco and Firearms, 1200 Pennsylvania Avenue, NW, Washington, D.C., 20226, or the Office of Management and Budget, Paperwork Reduction Project (1512-0475), Washington, D.C., 20503.

### IMPORTANT NOTICES TO TRANSFEROR (SELLER) AND TRANSFEREE (BUYER)

1. Under 18 U.S.C. 921-929 firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under 18 U.S.C. 921-929 may determine if he may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms. This form should not be used for sales or transfers where neither person is licensed under 18 U.S.C. 921-929.

2. WARNING—The sale or delivery of a firearm by a licensee to an eligible purchaser who is acting as an agent, intermediary or 'straw purchaser' for someone whom the licensee knows or has reasonable cause to believe is ineligible to purchase a firearm directly, may result in a violation of the Federal firearms laws.

3. The transferee (buyer) of a firearm should be familiar with the provisions of law. Generally, 18 U.S.C. 921-929 prohibit the shipment, transportation, receipt, or possession in or affecting interstate commerce of a firearm by one who is under indictment or information for, or who has been convicted of, a crime punishable by imprisonment for a term exceeding one year, by one who is a fugitive from justice, by one who is an unlawful user of, or addicted to, marihuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance, by one who has been adjudicated mentally defective or has been committed to a mental institution, by one who has been discharged from the Armed Forces under dishonorable conditions, by one who, having been a citizen of the United States, has renounced his citizenship, or by one who is an alien illegally in the United States.

EXCEPTION: For one who has been convicted of a crime punishable by imprisonment for a term exceeding one year, the prohibition does not apply if that individual has received a pardon for the crime or the conviction has been expunged or set aside or under the law where the conviction occurred that individual has had his/her civil rights restored and as a result of the civil rights restoration is not prohibited from receiving or possessing firearms.

KNOW YOUR CUSTOMER—Before a licensee may sell or deliver a firearm to a nonlicensee, the licensee must establish the identity, place of residence, and age of the buyer. Satisfactory identification should verify the buyer's name, date of birth, address, and signature. Thus, a driver's license or identification card issued by a State in place of a license is particularly appropriate. Social Security cards are not acceptable because no address or date of birth is shown on the card. Also, alien registration receipt cards and military identification cards are not acceptable by themselves because the State of residence is not shown on the cards. However, although a particular document may not be sufficient to meet the statutory requirement for identifying the buyer, any combination of documents which together disclose the required information concerning the buyer is acceptable.

### INSTRUCTIONS TO TRANSFEREE (BUYER)

4. The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and certify (sign) that the answers are true and correct. However, if the buyer is unable to read and/or write, the answers may be written by other persons, excluding the dealer. Two persons (other than the dealer) will then sign as witnesses to the buyer's answers and signature.

5. When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will complete and sign Section A of the form and attach a written statement, executed under penalties of perjury, stating

    (a) that the firearm is being acquired for the use of and will be the property of that business entity, and

    (b) the name and address of that business entity.

### INSTRUCTIONS TO TRANSFEROR (SELLER)

6. Should the buyer's name be illegible the seller shall print the buyer's name above the name printed by the buyer.

7. The transferor (seller) of a firearm will, in every instance, complete Section B of the form.

8. Additional firearms purchases made by the same buyer may not be added to this form after the seller has signed and dated it.

9. If more than six firearms are involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than six weapons may be on a separate sheet of paper which must be attached to the form covering the transaction.

10. In addition to completing this record, you must report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4 in accordance with 27 CFR 178.126a.

11. The transferor (seller) of a firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of 18 U.S.C. 921-929 and the Federal firearms regulations, Title 27, Code of Federal Regulations, Part 178. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a non-resident, the transferor is presumed to know applicable State laws and published ordinances in both States.

12. After you have completed the firearm transaction, you must make the completed, original copy of the ATF F 4473, Part I part of your permanent firearms records including any supporting documents. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), so long as all of your completed Forms 4473, Part I are filed in the same manner.

### DEFINITIONS

1. Over-the-counter Transaction—The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), occurring on the transferor's licensed premises. This includes the sale or other disposition of a rifle or a shotgun to a non-resident transferee (buyer) occurring on such premises.

2. Published Ordinances—The publication (ATF P 5300.5) containing State firearms laws and local ordinances which is annually distributed to Federal firearms licensees by the Bureau of Alcohol, Tobacco and Firearms.

3. Under indictment or convicted in any court—An indictment or conviction in any Federal, State or Foreign court.

ATF F 4473 (5300.9) PART I (1-90)

Form Approved: OMB No. 1512-0129

| DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS **FIREARMS TRANSACTION RECORD** **PART I — OVER-THE-COUNTER** | TRANSFEROR'S TRANSACTION SERIAL NUMBER |
|---|---|

NOTE: Prepare in original only. All entries on this form must be in ink. See Notices and Instructions on back.

### SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER) (See Notices and Instructions on reverse)

| 1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle) | ☐ MALE ☐ FEMALE | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|---|

| 5. RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code) | 6. DATE OF BIRTH | | | 7. PLACE OF BIRTH (City and State or City and Foreign Country) |
|---|---|---|---|---|
| | MONTH | DAY | YEAR | |

8. CERTIFICATION OF TRANSFEREE (Buyer)—An untruthful answer may subject you to criminal prosecution. Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question:

| a. Are you under indictment or information* in any court for a crime punishable by imprisonment for a term exceeding one year? *A formal accusation of a crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury. | | c. Are you a fugitive from justice? | |
|---|---|---|---|
| | | d. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | |
| b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (NOTE: A "yes" answer is necessary if the judge could have given a sentence of more than one year. A "yes" answer is not required if you have been pardoned for the crime or the conviction has been expunged or set aside, or you have had your civil rights restored and, under the law where the conviction occurred, you are not prohibited from receiving or possessing any firearm). | | e. Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution? | |
| | | f. Have you been discharged from the Armed Forces under dishonorable conditions? | |
| | | g. Are you an alien illegally in the United States? | |
| | | h. Are you a person who, having been a citizen of the United States, has renounced his/her citizenship. | |

I hereby certify that the answers to the above are true and correct. I understand that a person who answers "Yes" to any of the above questions is prohibited from purchasing and/or possessing a firearm, except as otherwise provided by Federal law. I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

| TRANSFEREE'S (Buyer's) SIGNATURE — EXECUTE AT TIME OF ACTUAL TRANSFER OF FIREARM(S) | DATE |
|---|---|

### SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER) (See Notices and Instructions on reverse)

THIS PERSON DESCRIBED IN SECTION A:   ☐ IS KNOWN TO ME
☐ HAS IDENTIFIED HIMSELF/HERSELF TO ME IN THE FOLLOWING MANNER

| 9. TYPE OF IDENTIFICATION (Driver's license or identification which shows name, date of birth, place of residence, and signature.) | 10. NUMBER ON IDENTIFICATION |
|---|---|

On the basis of (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below and on the back to the person identified in Section A.

| 11. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. | 15 MANUFACTURER (and importer, if any) |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

| 16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used) | 17. FEDERAL FIREARMS LICENSE NO. (Hand stamp may be used) |
|---|---|

### THE PERSON MAKING THE ACTUAL FIREARMS SALE MUST COMPLETE ITEMS 18 THROUGH 20

| 18. TRANSFEROR'S (Seller's) SIGNATURE — EXECUTE AT TIME OF ACTUAL TRANSFER OF FIREARM(S) | 19. TRANSFEROR'S TITLE | 20. TRANSACTION DATE |
|---|---|---|

**ATF F 4473 (5300.9) PART I** (4-91)

| 11.<br>TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 12.<br>MODEL | 13.<br>CALIBER OR GAUGE | 14.<br>SERIAL NO. | 15.<br>MANUFACTURER (and importer, if any) |
|---|---|---|---|---|
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| Complete ATF F 3310.4 for multiple purchases of handguns (See item 10 below) | | | | |

**PAPERWORK REDUCTION ACT NOTICE.** The information required on this form is in accordance with the Paperwork Reduction Act of 1980. The purpose of the information is to determine the eligibility of the buyer (transferee) to receive firearms under Federal Law. The information is subject to inspection by ATF officers. The information on this form is required by 18 U.S.C. 922.

The estimated average burden associated with this collection is .4 hours per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Information Programs Branch, Bureau of Alcohol, Tobacco and Firearms, Washington, D.C., 20226, and the Office of Management and Budget, Paperwork Reduction Project (1512-0129), Washington, D.C., 20503.

### IMPORTANT NOTICES TO TRANSFEROR (SELLER) AND TRANSFEREE (BUYER)

1. Under 18 U.S.C. 921-929 firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under 18 U.S.C. 921-929 may determine if he may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms. This form should not be used for sales or transfers where neither person is licensed under 18 U.S.C. 921-929.

2. WARNING—The sale or delivery of a firearm by a licensee to an eligible purchaser who is acting as an agent, intermediary or 'straw purchaser' for someone whom the licensee knows or has reasonable cause to believe is ineligible to purchase a firearm directly, may result in a violation of the Federal firearms laws.

3. The transferee (buyer) of a firearm should be familiar with the provisions of law. Generally, 18 U.S.C. 921-929 prohibit the shipment, transportation, receipt, or possession in or affecting interstate commerce of a firearm by one who is under indictment or information for, or who has been convicted of, a crime punishable by imprisonment for a term exceeding one year, by one who is a fugitive from justice, by one who is an unlawful user of, or addicted to, marihuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance, by one who has been adjudicated mentally defective or has been committed to a mental institution, by one who has been discharged from the Armed Forces under dishonorable conditions, by one who, having been a citizen of the United States, has renounced his citizenship, or by one who is an alien illegally in the United States.

EXCEPTION: For one who has been convicted of a crime punishable by imprisonment for a term exceeding one year, the prohibition does not apply if that individual has received a pardon for the crime or the conviction has been expunged or set aside or under the law where the conviction occurred that individual has had his/her civil rights restored and as a result of the civil rights restoration is not prohibited from receiving or possessing firearms.

KNOW YOUR CUSTOMER—Before a licensee may sell or deliver a firearm to a nonlicensee, the licensee must establish the identity, place of residence, and age of the buyer. Satisfactory identification should verify the buyer's name, date of birth, address, and signature. Thus, a driver's license or identification card issued by a State in place of a license is particularly appropriate. Social Security cards are not acceptable because no address or date of birth is shown on the card. Also, alien registration receipt cards and military identification cards are not acceptable by themselves because the State of residence is not shown on the cards. However, although a particular document may not be sufficient to meet the statutory requirement for identifying the buyer, any combination of documents which together disclose the required information concerning the buyer is acceptable.

### INSTRUCTIONS TO TRANSFEREE (BUYER)

4. The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and certify (sign) that the answers are true and correct. However, if the buyer is unable to read and/or write, the answers may be written by other persons, excluding the dealer. Two persons (other than the dealer) will then sign as witnesses to the buyer's answers and signature.

5. When the transferee (buyer) of a firearms is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will complete and sign Section A of the form and attach a written statement, executed under penalties of perjury, stating (a) that the firearm is being acquired for the use of and will be the property of that business entity, and (b) the name and address of that business entity.

### INSTRUCTIONS TO TRANSFEROR (SELLER)

6. Should the buyer's name be illegible the seller shall print the buyer's name above the name printed by the buyer.

7. The transferor (seller) of a firearm will, in every instance, complete Section B of the form.

8. Additional firearms purchases made by the same buyer may not be added to this form after the seller has signed and dated it.

9. If more than six firearms are involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than six weapons may be on a separate sheet of paper which must be attached to the form covering the transaction.

10. In addition to completing this record, you must report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4 in accordance with 27 CFR 178, 126a.

11. The transferor (seller) of a firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of 18 U.S.C. 921-929 and the Federal firearms regulations, Title 27, Code of Federal Regulations, Part 178. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a non-resident, the transferor is presumed to know applicable State laws and published ordinances in both States.

12. After you have completed the firearm transaction, you must make the completed, original copy of the ATF F 4473, Part I part of your permanent firearms records including any supporting documents. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), so long as all of your completed Forms 4473, Part I are filed in the same manner.

### DEFINITIONS

1. Over-the-counter Transaction—The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), occurring on the transferor's licensed premises. This includes the sale or other disposition of a rifle or a shotgun to a non-resident transferee (buyer) occuring on such premises.

2. Published Ordinances—The publication (ATF P 5300.5) containing State firearms laws and local ordinances which is annually distributed to Federal firearms licensees by the Bureau of Alcohol, Tobacco and Firearms.

3. Under indictment or convicted in any court—An indictment or conviction in any Federal, State or Foreign Court.

ATF F 4473 (5300.9) PART I (4-91)

★U.S.GPO:1992-0-312-798/63139

Form Approved: OMB No. 1512-0129 (02/28/97)

## DEPARTMENT OF THE TREASURY
### BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
### FIREARMS TRANSACTION RECORD
### PART I - OVER-THE-COUNTER

**TRANSFEROR'S TRANSACTION SERIAL NUMBER**

**NOTE:** *Prepare in original only. All entries on this form must be in ink. See Notices and Instructions on back.*

**SECTION A - MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER). WHERE TRANSACTION IS A SALE, THIS SECTION MUST BE COMPLETED BY ACTUAL BUYER. READ NOTICES AND INSTRUCTIONS ON REVERSE, INCLUDING WARNING ABOUT ILLEGAL "STRAW PURCHASES" IN PARAGRAPH 2.**

1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle)

☐ MALE
☐ FEMALE

2. HEIGHT

3. WEIGHT

4. RACE

5. RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code)

6. DATE OF BIRTH
MONTH   DAY   YEAR

7. PLACE OF BIRTH
City
State or Foreign Country

8. CERTIFICATION OF TRANSFEREE (Buyer) -- An untruthful answer may subject you to criminal prosecution. Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question:

a. Are you under indictment or information* in any court for a crime punishable by imprisonment for a term exceeding one year? *A formal accusation of a crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury.

b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (NOTE: A "yes" answer is necessary if the judge could have given a sentence of more than one year. A "yes" answer is not required if you have been pardoned for the crime or the conviction has been expunged or set aside, or you have had your civil rights restored and, under the law where the conviction occurred, you are not prohibited from receiving or possessing any firearm).

c. Are you a fugitive from justice?

d. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance?

e. Have you ever been adjudicated mentally defective or have you been committed to a mental institution?

f. Have you been discharged from the Armed Forces under dishonorable conditions?

g. Are you an alien illegally in the United States?

h. Are you a person who, having been a citizen of the United States, has renounced his/her citizenship?

i. Are you subject to a court order restraining you from harrassing, stalking, or threatening an intimate partner or child of such partner? (See paragraph 4 on reverse).

I HEREBY CERTIFY THAT THE ANSWERS TO THE ABOVE ARE TRUE AND CORRECT. IF THE TRANSACTION IS A SALE, I ALSO CERTIFY THAT I AM THE ACTUAL BUYER. I ALSO UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO ANY OF THE ABOVE QUESTIONS IS PROHIBITED FROM PURCHASING AND/OR POSSESSING A FIREARM, EXCEPT AS OTHERWISE PROVIDED BY FEDERAL LAW. I ALSO UNDERSTAND THAT THE MAKING OF ANY FALSE ORAL OR WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE OR MISREPRESENTED IDENTIFICATION WITH RESPECT TO THIS TRANSACTION IS A CRIME PUNISHABLE AS A FELONY.

TRANSFEREE'S (Buyer's) SIGNATURE - EXECUTE AT TIME OF ACTUAL TRANSFER OF FIREARM(S)

DATE

**SECTION B - TO BE COMPLETED BY TRANSFEROR (SELLER). READ NOTICE AND INSTRUCTIONS ON REVERSE.**

THIS PERSON DESCRIBED IN SECTION A HAS IDENTIFIED HIMSELF/HERSELF TO ME IN THE FOLLOWING MANNER

9. TYPE OF IDENTIFICATION (Driver's license or identification which shows name, date of birth, place of residence, and signature.)

10. NUMBER ON IDENTIFICATION

On the basis of (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below to the person identified in Section A.

| 11. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. | 15. MANUFACTURER (and importer, if any) |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

**Complete ATF F 3310.4 for multiple purchases of handguns (see item 11 on the back)**

16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used)

17. FEDERAL FIREARMS LICENSE NO. (Hand stamp may be used)

**THE PERSON MAKING THE ACTUAL FIREARMS SALE MUST COMPLETE ITEMS 18 THROUGH 20.**

18. TRANSFEROR'S (Seller's) SIGNATURE - EXECUTE AT TIME OF ACTUAL TRANSFER OF FIREARM(S)

19. TRANSFEROR'S TITLE

20. TRANSACTION DATE

ATF F 4473 (5300.9) PART I (8-94) PREVIOUS EDITIONS ARE OBSOLETE

## IMPORTANT NOTICES TO TRANSFEROR (SELLER) AND TRANSFEREE (BUYER)

1. Under 18 U.S.C. 921-929 firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under 18 U.S.C. 921-929 may determine if he may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms. This form should not be used for sales or transfers where neither person is licensed under 18 U.S.C. 921-929.

2. WARNING--*A licensee who knowingly sells or delivers a firearm to a straw purchaser violates Federal firearms laws. A "straw purchase" occurs when the actual buyer uses another person (the straw purchaser) to execute an ATF Form 4473 purporting to show that the straw purchaser is the actual buyer. Straw purchases also place the straw purchaser and the actual buyer in violation of law. Although the actual buyer may be eligible to receive firearms, a straw purchase results in the falsification of the licensee's records with respect to the identity of the actual buyer.*

3. The transferee (buyer) of a firearm should be familiar with the provisions of law. Generally, 18 U.S.C. 921-929 prohibit the shipment, transportation, receipt, or possession in or affecting interstate commerce of a firearm by one who is under indictment or information for, or who has been convicted of, a crime punishable by imprisonment for a term exceeding one year, by one who is a fugitive from justice, by one who is an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance, by one who has been adjudicated mentally defective or has been committed to a mental institution, by one who has been discharged from the Armed Forces under dishonorable conditions, by one who, having been a citizen of the United States, has renounced his citizenship, or by who is an alien illegally in the United States. "Conviction of a crime punishable by imprisonment for a term exceeding one year", includes felonies, and state offenses classified by the laws of the state as a misdemeanor that are punishable by more than 2 years in prison.

EXCEPTION: For one who has been convicted of a crime punishable by imprisonment for a term exceeding one year, the prohibition does not apply if, under the law where the conviction occurred, the individual has received a pardon for the crime, the conviction has been expunged or set aside, or the person has had his/her civil rights restored, AND the person is not prohibited by the law of the jurisdiction in which the proceedings were held from receiving or possessing any firearms.

KNOW YOUR CUSTOMER--Before a licensee may sell or deliver a firearm to a nonlicensee, the licensee must establish the identity, place of residence, and age of the buyer. Satisfactory identification should verify the buyer's name, date of birth, address, and signature. Thus, a driver's license or identification card issued by a State in place of a license is particularly appropriate. Social Security cards are not acceptable because no address or date of birth is shown on the card. Also, alien registration receipt cards and military identification cards are not acceptable by themselves because the State of residence is not shown on the cards. However, although a particular document may not be sufficient to meet the statutory requirement for identifying the buyer, any combination of documents which together disclose the required information concerning the buyer is acceptable.

4. Under 18 U.S.C. 922 firearms may not be sold to or received by persons subject to a court order that: (A) was issued after a hearing of which the person received actual notice and had an opportunity to participate; (B) restraining such person from harassing, stalking or threatening an intimate partner or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and (C) (i) includes a finding that such person represents a credible threat to the physical safety of such intimate partner or child; or (ii) by its terms explicity prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury.

## INSTRUCTIONS TO TRANSFEREE (BUYER)

5. The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and certify (sign) that the answers are true and correct. However, if the buyer is unable to read and/or write, the answers may be written by other persons, excluding the dealer. Two persons (other than the dealer) will then sign as witnesses to the buyer's answers and signature.

6. When the transferee (buyer) of a firearm(s) is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will complete and sign Section A of the form and attach a written statement, executed under penalties of perjury, stating (a) that the firearm(s) is being acquired for the use of and will be the property of that business entity, and (b) the name and address of that business entity.

## INSTRUCTIONS TO TRANSFEROR (SELLER)

7. Should the buyer's name be illegible the seller shall print the buyer's name above the name printed by the buyer.

8. The transferor (seller) of a firearm will, in every instance, complete Section B of the form.

9. Additional firearms purchases made by the same buyer may not be added to this form after the seller has signed and dated it.

10. If more than four firearms are involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than four weapons may be on a separate sheet of paper which must be attached to the form covering the transaction.

11. In addition to completing this record, you must report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4 in accordance with 27 CFR 178.126a.

12. The transferor (seller) of a firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of 18 U.S.C. 921-929 and the Federal firearms regulations, Title 27, Code of Federal Regulations, Part 178. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a non-resident, the transferor is presumed to know applicable State laws and published ordinances in both States.

13. After you have completed the firearm transaction, you must make the completed, original copy of the ATF F 4473, Part I part of your permanent firearms records including any supporting documents. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), so long as all of your completed Forms 4473, Part I are filed in the same manner.

## DEFINITIONS

1. Over-the-counter Transaction--The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer), occurring on the transferor's licensed premises. This includes the sale or other disposition of a rifle or a shotgun to a non-resident transferee (buyer) occurring on such premises.

2. Published Ordinances--The publication (ATF F 5300.5) containing State firearms laws and local ordinances which is annually distributed to Federal firearms licensees by the Bureau of Alcohol, Tobacco and Firearms.

3. Under indictment or convicted in any court-- An indictment or conviction in any Federal, State or Foreign court.

4. Intimate Partner--With respect to a person, the spouse of the person, a former spouse of the person, an individual who is a parent of a child of the person, and an individual who cohabitates or has cohabitated with the person.

PAPERWORK REDUCTION ACT NOTICE  The information required on this form is in accordance with the Paperwork Reduction Act of 1980. The purpose of the information is to determine the eligibility of the buyer (transferee) to receive firearms under Federal Law. The information is subject to inspection by ATF officers. The information on this form is required by 18 U.S.C. 922.

The estimated average burden associated with this collection is 6 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Information Programs Branch, Bureau of Alcohol, Tobacco and Firearms, Washington, D.C., 20226, and the Office of Management and Budget, Paperwork Reduction Project (1512-0129), Washington, D.C., 20503.

ATF F 4473 (5300.9) PART I (8-94)

FORM APPROVED: OMB NO. 1512-0129 (02/28/97)

## DEPARTMENT OF THE TREASURY
### BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

TRANSFEROR'S TRANSACTION
SERIAL NUMBER

NOTE: Prepare in original only. All entries on this form must be in ink. See Important Notices, Definitions and Instructions

### SECTION A - MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)

1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle)

☐ MALE  ☐ FEMALE   | 2. HEIGHT | 3. WEIGHT | 4. RACE

5. RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code)

6. DATE OF BIRTH   MONTH  DAY  YEAR   | 7. PLACE OF BIRTH (City and State or Foreign Country)

8. CERTIFICATION OF TRANSFEREE (Buyer) - Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question.

a. I am the actual buyer of the firearm indicated below. I understand that if I answer no to this question the dealer cannot transfer the firearm to me. (See Important Notice 1.)

b. Are you under indictment or information in any court for a crime for which the judge could imprison you for more than one year? An information is a formal accusation of a crime made by a prosecuting attorney.

c. Have you been convicted in any court of a crime for which the judge could have imprisoned you for more than one year, even if the judge actually gave you a shorter sentence? (See Important Notice 3 and EXCEPTION.)

d. Are you a fugitive from justice?

e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance?

f. Have you ever been adjudicated mentally defective or have you been committed to a mental institution?

g. Have you been discharged from the Armed Forces under dishonorable conditions?

h. Are you an alien illegally in the United States?

i. Have you ever renounced your United States citizenship?

j. Are you subject to a court order restraining you from harassing, stalking, or threatening an intimate partner or child of such partner? (See Important Notice 4 and Definition 4.)

k. Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. (See Important Notice 5 and Definition 5.)

I CERTIFY THAT THE ABOVE ANSWERS ARE TRUE AND CORRECT. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO ANY OF THE QUESTIONS 8b THROUGH 8k IS PROHIBITED FROM PURCHASING OR POSSESSING A FIREARM. I ALSO UNDERSTAND THAT THE MAKING OF ANY FALSE ORAL OR WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE OR MISREPRESENTED IDENTIFICATION WITH RESPECT TO THIS TRANSACTION IS A CRIME PUNISHABLE AS A FELONY. I FURTHER UNDERSTAND THAT MY REPETITIVE PURCHASE OF FIREARMS FOR THE PURPOSE OF RESALE FOR PROFIT WITHOUT A FEDERAL FIREARMS LICENSE IS A VIOLATION OF LAW.

TRANSFEREE'S (Buyer's) SIGNATURE | DATE

### SECTION B - TO BE COMPLETED BY TRANSFEROR (SELLER)

THE PERSON DESCRIBED IN THIS SECTION HAS IDENTIFIED HIMSELF/HERSELF TO ME IN THE FOLLOWING MANNER:

9. TYPE OF IDENTIFICATION (Driver's license or identification which shows name, date of birth, place of residence, and signature.)

10. NUMBER ON IDENTIFICATION

On the basis of (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s), described below and on the back, to the person identified in Section A.

| | 11. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. | 15. MANUFACTURER (and importer, if any) |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4 | | | | | |

### Complete ATF F 3310.4 for multiple purchases of handguns (See Instruction to Transferor 5.)

16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used.)

17. FEDERAL FIREARMS LICENSE NO. (Hand stamp may be used.)

### THE PERSON ACTUALLY MAKING THE FIREARMS SALE MUST COMPLETE ITEMS 18 THROUGH 20.

18. TRANSFEROR'S (Seller's) SIGNATURE | 19. TRANSFEROR'S TITLE | 20. TRANSACTION DATE

ATF F 4473 (5300.9) PART I (12-96) PREVIOUS EDITIONS ARE OBSOLETE

## IMPORTANT NOTICES

1. **WARNING - The Federal firearms laws require that the individual filling out this form must be buying the firearm for himself or herself or as a gift. Any individual who is not buying the firearm for himself or herself or as a gift, but who completes this form, violates the law. Example: Mr. Smith asks Mr. Jones to purchase a firearm for Mr. Smith. Mr. Smith gives Mr. Jones the money for the firearm. If Mr. Jones fills out this form, he will violate the law. However, if Mr. Jones buys a firearm with his own money to give to Mr. Smith as a birthday present, Mr. Jones may lawfully complete this form. A licensee who knowingly delivers a firearm to an individual who is not buying the firearm for himself or herself or as a gift violates the law by maintaining a false Form 4473.**

2. Under 18 U.S.C. 922 firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee *(buyer)* of certain restrictions on the receipt and possession of firearms. This form should not be used for sales or transfers where neither person is licensed under 18 U.S.C. 923.

3. The transferee *(buyer)* of a firearm should be familiar with the provisions of law. Generally, 18 U.S.C. 922 prohibits the shipment, transportation, receipt, or possession in or affecting interstate commerce of a firearm by one who is under indictment or information for, or who has been convicted of, a crime punishable by imprisonment for a term exceeding one year; by one who is a fugitive from justice; by one who is an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance; by one who has been adjudicated mentally defective or has been committed to a mental institution; by one who has been discharged from the Armed Forces under dishonorable conditions; by one who has renounced his U.S. citizenship; by one who is an alien illegally in the United States; by one who is subject to certain restraining orders; or by one who has been convicted of a misdemeanor crime of domestic violence.

   **EXCEPTION:** For one who has been convicted of a crime for which the judge could have imprisoned the individual for more than one year, or has been convicted of a misdemeanor crime of domestic violence, the prohibition does not apply if, under the law where the conviction occurred, the individual has been pardoned for the crime, or the conviction has been expunged or set aside, or the person has had civil rights restored, AND the person is not prohibited by the law of the jurisdiction where the conviction occurred from receiving or possessing any firearms.

4. Under 18 U.S.C. 922 firearms may not be sold to or received by persons subject to a court order that: (A) was issued after a hearing of which the person received actual notice and had an opportunity to participate; (B) restrains such person from harassing, stalking or threatening an intimate partner or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and (C)(i) includes a finding that such person represents a credible threat to the physical safety of such intimate partner or child, or (ii) by its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury.

5. Under 18 U.S.C. 922 firearms may not be sold to or received by persons who have been convicted of a misdemeanor crime of domestic violence. The person is NOT considered to have been convicted of such crime unless the person was represented by a lawyer or gave up the right to a lawyer, and, if the person was entitled to a jury trial, was tried by a jury or gave up the right to a jury trial.

### INSTRUCTIONS TO TRANSFEREE (BUYER)

1. The buyer *(transferee)* of a firearm must personally complete Section A of this form and certify *(sign)* that the answers are true and correct. However, if the buyer is unable to read and/or write, the answers may be written by other persons, excluding the dealer. Two persons *(other than the dealer)* will then sign as witnesses to the buyer's answers and signature.

2. When the transferee *(buyer)* of a firearm(s) is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business must complete and sign Section A of the form and attach a written statement, executed under penalties of perjury, stating (A) that the firearm(s) is being acquired for the use of and will be the property of that business entity, and (B) the name and address of that business entity.

### INSTRUCTIONS TO TRANSFEROR (SELLER)

KNOW YOUR CUSTOMER--Before a licensee may sell or deliver a firearm to a non-licensee, the licensee must establish the identity, place of residence, and age of the buyer. The buyer's name, date of birth, address, and signature must be verified with satisfactory identification. A driver's license or identification card issued by a State in place of a license is particularly appropriate. Social Security cards are not acceptable because no address or date of birth is shown on the card. Alien registration receipt cards and military identification cards are not acceptable by themselves because the State of residence is not shown on the cards. However, although a particular document may not be sufficient by itself to meet the statutory requirement for identifying the buyer, any combination of documents which together disclose the required information is acceptable.

1. If the buyer's name is illegible, the seller must print the buyer's name above the name printed by the buyer.

2. The transferor *(seller)* of a firearm must, in every instance, complete Section B of the form.

3. Additional firearms purchases made by the same buyer may not be added to this form after the seller has signed and dated it.

4. If more than four firearms are involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than four weapons may be on a separate sheet of paper which must be attached to the form covering the transaction.

5. In addition to completing this form, you must report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4 in accordance with 27 CFR 178.126a.

6. The transferor *(seller)* of a firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of 18 U.S.C. 921-929 and the regulations, 27 CFR Part 178. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a nonresident, the transferor is presumed to know applicable State laws and published ordinances in both States.

7. After you have completed the firearm transaction, you must make the completed, original copy of the ATF F 4473, Part I, and any supporting documents part of your permanent firearms records. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, so long as all of your completed 4473s, Part I, are filed in the same manner.

### DEFINITIONS

1. Over-the-counter Transaction--The sale or other disposition of a firearm by the transferor *(seller)* to a transferee *(buyer)*, occurring on the transferor's licensed premises. This includes the sale or other disposition of a rifle or a shotgun to a non-resident transferee *(buyer)* occurring on such premises.

2. Published Ordinances--The publication (ATF P 5300.5) containing State firearms laws and local ordinances which is annually distributed to Federal firearms licensees by the Bureau of Alcohol, Tobacco and Firearms.

3. Under indictment or convicted in any court -- An indictment or conviction in any Federal, State or foreign court.

4. Intimate Partner -- With respect to a person, the spouse of the person, a former spouse of the person, an individual who is a parent of a child of the person, and an individual who cohabits or has cohabited with the person.

5. Misdemeanor Crime of Domestic Violence -- A crime that is a misdemeanor under Federal or State law and has, as an element, the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by a current or former spouse, parent, or guardian of the victim, by a person with whom the victim shares a child in common, by a person who is cohabiting with or has cohabited with the victim as a spouse, parent, or guardian, or by a person similarly situated to a spouse, parent, or guardian of the victim. The term includes all misdemeanors that involve the use or attempted use of physical force (e.g., simple assault, assault and battery), if the offense is committed by one of the defined parties. The person is NOT considered to have been convicted of such crime unless the person was represented by a lawyer or gave up the right to a lawyer, and, if the person was entitled to a jury trial, was tried by a jury or gave up the right to a jury trial.

**PAPERWORK REDUCTION ACT NOTICE**

The information required on this form is in accordance with the Paperwork Reduction Act of 1995. The purpose of the information is to determine the eligibility of the buyer (transferee) to receive firearms under Federal law. The information is subject to inspection by ATF officers. The information on this form is required by 18 U.S.C. 922.

The estimated average burden associated with this collection is 6 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Document Services Branch, Bureau of Alcohol, Tobacco and Firearms, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

*U.S. Government Printing Office: 1997 — 515-765

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

OMB NO. 1512-0129
TRANSFEROR'S TRANSACTION
SERIAL NUMBER

NOTE: Prepare in original only. All entries on this form must be in ink. **See Important Notices, Definitions and Instructions**

## SECTION A - MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)

1. TRANSFEREE'S *(Buyer's)* NAME *(Last, First, Middle)*   ☐ MALE   ☐ FEMALE   2. HEIGHT   3. WEIGHT   4. RACE

5. RESIDENCE ADDRESS *(No., Street, City, County, State, ZIP Code)*   6. DATE OF BIRTH  MONTH DAY YEAR   7. PLACE OF BIRTH *(City)*  STATE OR FOREIGN COUNTRY

8. CERTIFICATION OF TRANSFEREE *(Buyer)* - Questions a. through i. must be answered with a "yes" or a "no" inserted in the box at the right of the question.

a. Are you the actual buyer of the firearm indicated below? If you answer no to this question the dealer cannot transfer the firearm to you. *(See Important Notice 1.)*

b. Are you under indictment or information in any court for a crime for which the judge could imprison you for more than one year? An information is a formal accusation of a crime made by a prosecuting attorney.

c. Have you been convicted in any court of a crime for which the judge could have imprisoned you for more than one year, even if the judge actually gave you a shorter sentence? *(See Important Notice 3 and EXCEPTION.)*

d. Are you a **fugitive** from justice?

e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance?

f. Have you ever been adjudicated mentally defective or have you been committed to a mental institution?

g. Have you been discharged from the Armed Forces under **dishonorable** conditions?

h. Are you an alien **illegally** in the United States?

i. Have you ever renounced your United States citizenship?

j. Are you subject to a court order restraining you from harassing, stalking, or threatening an intimate partner or child of such partner? *(See Important Notice 4 and Definition 4.)*

k. Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. *(See Important Notice 5 and Definition 5.)*

l. Are you a citizen of the United States?

m. What is your State of residence? _____ *(State)*   If you are not a citizen of the United States, you have a State of residence only if you have resided in the State for at least 90 days prior to the date of this sale. *(See Definition 6.)*

I CERTIFY THAT THE ABOVE ANSWERS ARE TRUE AND CORRECT. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO ANY OF THE QUESTIONS 8b THROUGH 8k IS PROHIBITED FROM PURCHASING OR POSSESSING A FIREARM. I ALSO UNDERSTAND THAT THE MAKING OF A FALSE ORAL OR WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE OR MISREPRESENTED IDENTIFICATION WITH RESPECT TO THIS TRANSACTION IS A CRIME PUNISHABLE AS A FELONY. I FURTHER UNDERSTAND THAT MY REPETITIVE PURCHASE OF FIREARMS FOR THE PURPOSE OF RESALE FOR LIVELIHOOD AND PROFIT WITHOUT A FEDERAL FIREARMS LICENSE IS A VIOLATION OF LAW. *(SEE IMPORTANT NOTICE 6)*

TRANSFEREE'S *(Buyer's)* SIGNATURE   DATE

## SECTION B - TO BE COMPLETED BY TRANSFEROR (SELLER)
THE PERSON DESCRIBED IN THIS SECTION HAS IDENTIFIED HIMSELF/HERSELF TO ME IN THE FOLLOWING MANNER:

9. TYPE OF AND NUMBER ON IDENTIFICATION *(Driver's license or identification which shows name, date of birth, place of residence, and signature. Purchasers who are aliens must provide a valid government-issued photo identification. See Instructions to Transferor 1 and 2).*

10. TYPES AND DATES OF ADDITIONAL IDENTIFICATION REQUIRED FOR ALIENS *(e.g., utility bills or lease agreements. See Instruction to Transferor 2).*

On the basis of (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s), described below and on the back, to the person identified in Section A.

| 11. TYPE *(Pistol, Revolver, Rifle, Shotgun, etc.)* | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. | 15. MANUFACTURER *(and importer, if any)* |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4 | | | | |

**Complete ATF F 3310.4 for multiple purchases of handguns *(See Instruction to Transferor 7.)***

16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR *(Seller) (Hand stamp may be used.)*   17. FEDERAL FIREARMS LICENSE NO. *(Hand stamp may be used.)*

## THE PERSON ACTUALLY MAKING THE FIREARMS SALE MUST COMPLETE ITEMS 18 THROUGH 20.

18. TRANSFEROR'S *(Seller's)* SIGNATURE   19. TRANSFEROR'S TITLE   20. TRANSACTION DATE

ATF F 4473 (5300.9) PART I (4-97) PREVIOUS EDITIONS ARE OBSOLETE

## IMPORTANT NOTICES

1. **WARNING - The Federal firearms laws require that the individual filling out this form must be buying the firearm for himself or herself or as a gift. Any individual who is not buying the firearm for himself or herself or as a gift, but who completes this form, violates the law. Example: Mr. Smith asks Mr. Jones to purchase a firearm for Mr. Smith. Mr. Smith gives Mr. Jones the money for the firearm. If Mr. Jones fills out this form, he will violate the law. However, if Mr. Jones buys a firearm with his own money to give to Mr. Smith as a birthday present, Mr. Jones may lawfully complete this form. A licensee who knowingly delivers a firearm to an individual who is not buying the firearm for himself or herself or as a gift violates the law by maintaining a false ATF F 4473.**

   Question 8a is not applicable to returns of firearms, e.g., holders of pawn tickets or consignors of firearms. Accordingly, such transferees should answer Question 8a as "N/A."

2. Under 18 U.S.C. 922 firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms. This form should not be used for sales or transfers where neither person is licensed under 18 U.S.C. 923.

3. The transferee (buyer) of a firearm should be familiar with the provisions of law. Generally, 18 U.S.C. 922 prohibits the shipment, transportation, receipt, or possession in or affecting interstate commerce of a firearm by one who is under indictment or information for, or who has been convicted of, a crime punishable by imprisonment for a term exceeding one year; by one who is a fugitive from justice; by one who is an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance; by one who has been adjudicated mentally defective or has been committed to a mental institution; by one who has been discharged from the Armed Forces under dishonorable conditions; by one who has renounced his U.S. citizenship; by one who is an alien illegally in the United States; by one who is subject to certain restraining orders; or by one who has been convicted of a misdemeanor crime of domestic violence.

   **EXCEPTION:** For one who has been convicted of a crime for which the judge could have imprisoned the individual for more than one year, or has been convicted of a misdemeanor crime of domestic violence, the prohibition does not apply if, under the law where the conviction occurred, the individual has been pardoned for the crime, or the conviction has been expunged or set aside, or the person has had civil rights restored, AND the person is not prohibited by the law of the jurisdiction where the conviction occurred from receiving or possessing any firearms.

4. Under 18 U.S.C. 922 firearms may not be sold to or received by persons subject to a court order that: (A) was issued after a hearing of which the person received actual notice and had an opportunity to participate; (B) restrains such person from harassing, stalking or threatening an intimate partner or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and (C)(i) includes a finding that such person represents a credible threat to the physical safety of such intimate partner or child, or (ii) by its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury.

5. Under 18 U.S.C. 922 firearms may not be sold to or received by persons who have been convicted of a misdemeanor crime of domestic violence. The person is NOT considered to have been convicted of such crime unless the person was represented by a lawyer or gave up the right to a lawyer, and, if the person was entitled to a jury trial, was tried by a jury or gave up the right to a jury trial.

6. DO YOU NEED A FIREARMS LICENSE? - Under 18 U.S.C. 922 and 923, it is unlawful for a person to engage in the business of dealing in firearms without a license. A person is engaged in the business of

dealing in firearms if he or she devotes time, attention, and labor to dealing in firearms as a regular course of trade or business with the principal objective of livelihood and profit through the repetitive purchase and resale of firearms. A license is not required of a person who only makes occasional sales, exchanges, or purchases of firearms for the enhancement of a personal collection or for a hobby, or who sells all or part of his or her personal collection of firearms.

7. Persons acquiring firearms for the purpose of exportation should be aware that the State Department or Commerce Department may require a license to be obtained prior to exportation.

## INSTRUCTIONS TO TRANSFEREE (BUYER)

1. The buyer (transferee) of a firearm must personally complete Section A of this form and certify (sign) that the answers are true and correct. However, if the buyer is unable to read and/or write, the answers may be written by other persons, excluding the dealer. Two persons (other than the dealer) will then sign as witnesses to the buyer's answers and signature.

2. When the transferee (buyer) of a firearm(s) is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business must complete and sign Section A of the form and attach a written statement, executed under penalties of perjury, stating (A) that the firearm(s) is being acquired for the use of and will be the property of that business entity, and (B) the name and address of that business entity.

3. When the transferee (buyer) is a government employee (for example, a police officer) acquiring a firearm for official duties, the officer must complete items 1 through 7, question 8k, and sign the certification in Section A. If the transferee (buyer) is a government employee acquiring a firearm for personal use, he or she must complete Section A in its entirety.

## INSTRUCTIONS TO TRANSFEROR (SELLER)

1. KNOW YOUR CUSTOMER--Before a licensee may sell or deliver a firearm to a non-licensee, the licensee must establish the identity, place of residence, and age of the buyer. The buyer's name, date of birth, address, and signature must be verified with satisfactory identification. A driver's license or identification card issued by a State in place of a license is particularly appropriate. Social Security cards are not acceptable because no address or date of birth is shown on the card. Military identification cards are not acceptable by themselves because the State of residence is not shown on the cards. However, although a particular document may not be sufficient by itself to meet the statutory requirement for identifying the buyer, any combination of documents which together disclose the required information is acceptable. (See Instruction to Transferor 2 for additional identification requirements for alien transferees).

2. SALE OF FIREARMS TO ALIENS - A transferee (buyer) who is not a citizen of the United States must provide additional identification in order to establish that he or she is a resident of a State. (See Definition 6). Such a transferee must provide a valid government-issued photo identificationto the seller that contains the buyer's name, date of birth, and residence address. In addition, such a transferee must provide documentation such as utility bills or lease agreements that would establish that he or she has resided in a State for at least 90 days prior to the date of this sale.

3. If the buyer's name is illegible, the seller must print the buyer's name above the name printed by the buyer.

4. The transferor (seller) of a firearm must, in every instance, complete Section B of the form.

5. Additional firearms purchases made by the same buyer may not be added to this form after the seller has signed and dated it.

6. If more than four firearms are involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than four weapons may be on a separate sheet of paper which must be attached to the form covering the transaction.

7. In addition to completing this form, you must report any multiple sale or other disposition of pistols or revolvers on ATF 3310.4 in accordance with 27 CFR 178.126a.

8. The transferor *(seller)* of a firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of 18 U.S.C. 921-929 and the regulations, 27 CFR Part 178. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a nonresident, the transferor is presumed to know applicable State laws and published ordinances in both States.

9. After you have completed the firearm transaction, you must make the completed, original copy of the ATF F 4473, Part I, and any supporting documents part of your permanent firearms records. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, so long as all of your completed Forms 4473, Part I, are filed in the same manner.

### DEFINITIONS

1. Over-the-counter Transaction--The sale or other disposition of a firearm by the transferor *(seller)* to a transferee *(buyer)*, occurring on the transferor's licensed premises. This includes the sale or other disposition of a rifle or a shotgun to a non-resident transferee *(buyer)* occurring on such premises.

2. Published Ordinances--The publication (ATF P 5300.5) containing State firearms laws and local ordinances which is annually distributed to Federal firearms licensees by the Bureau of Alcohol, Tobacco and Firearms.

3. Under indictment or convicted in any court -- An indictment or conviction in any Federal, State or foreign court.

4. Intimate Partner -- With respect to a person, the spouse of the person, a former spouse of the person, an individual who is a parent of a child of the person, and an individual who cohabits or has cohabited with the person.

5. Misdemeanor Crime of Domestic Violence -- A crime that is a misdemeanor under Federal or State law and has, as an element, the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by a current or former spouse, parent, or guardian of the victim, by a person with whom the victim shares a child in common, by a person who is cohabiting with or has cohabited with the victim as a spouse, parent, or guardian, or by a person similarly situated to a spouse, parent, or guardian of the victim. The term includes all misdemeanors that involve the use or attempted use of physical force *(e.g., simple assault, assault and battery)*, if the offense is committed by one of the defined parties. The person is NOT considered to have been convicted of such crime unless the person was represented by a lawyer or gave up the right to a lawyer, and, if the person was entitled to a jury trial, was tried by a jury or gave up the right to a jury trial.

6. State of Residence - The State in which an individual resides. An individual resides in a State if he or she is present in a State with the intention of making a home in that State. If an individual is on active duty as a member of the Armed Forces, the individual's State of residence is the State in which his or her permanent duty station is located. An alien who is legally in the United States shall be considered to be a resident of a State only if the alien is residing in the State and has resided in the State for a period of at least 90 days prior to the date of sale or delivery of a firearm. The following are examples that illustrate this definition:

> **Example 1.** A maintains a home in State X. A travels to State Y on a hunting, fishing, business, or other type of trip. A does not become a resident of State Y by reason of such trip.

> **Example 2.** A is a U.S. citizen and maintains a home in State X and a home in State Y. A resides in State X except for weekends or the summer months of the year and in State Y for the weekends or the summer months of the year. During the time that A actually resides in State X, A is a resident of State X, and during the time that A actually resides in State Y, A is resident of State Y.

> **Example 3.** A, an alien, travels on vaction or on a business trip to State X. Regardless of the length of time A spends in State X, A does not have a State of residence in State X. This is because A does not have a home in State X at which he has resided for at least 90 days.

### PAPERWORK REDUCTION ACT NOTICE

The information required on this form is in accordance with the Paperwork Reduction Act of 1995. The purpose of the information is to determine the eligibility of the buyer *(transferee)* to receive firearms under Federal law. The information is subject to inspection by ATF officers. The information on this form is required by 18 U.S.C. 922.

The estimated average burden associated with this collection is 6 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Document Services Branch, Bureau of Alcohol, Tobacco and Firearms, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

ATF F 4473 (5300.9) PART I (4-97)